AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION <br> *Plaintiff* <br> v. <br> BRIAN RAYMOND CALLAHAN, ET AL. <br> *Defendant* | ) ) ) )  Case No. CV 12-1065 (ADS) ) ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian Raymond Callahan

Date:   03/20/2012

*Attorney's signature*

Robert L. Herskovits (RH-2586)
*Printed name and bar number*

Herskovits PLLC
1065 Avenue of the Americas, 27th Floor
New York, New York 10018

*Address*

robert@herskovitslaw.com
*E-mail address*

(212) 897-5410
*Telephone number*

(646) 558-0239
*FAX number*