UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION, :     Index No. 12-cv-1065 (ADS)

                 Plaintiff,    :

v.                                                     :

BRIAN RAYMOND CALLAHAN,                :     NOTICE OF APPEARANCE
HORIZON GLOBAL ADVISORS LTD., and
HORIZON GLOBAL ADVISORS LLC,        :

                 Defendants.    :

-------------------------------------------------------------x

To the Clerk of the Court and all parties of record:

      Please enter my firm's appearance on behalf of defendant Brian Raymond Callahan.

      I certify that I am admitted to practice in this Court.


Dated: New York, New York
          March 22, 2012

                                            PARK & JENSEN LLP


                                            By:   /s/ Robert Knuts
                                                    Robert Knuts

                                            Co-Counsel for Defendant Brian Raymond
                                            Callahan

                                            630 Third Avenue
                                            New York, NY 10017
                                            (646) 200-6331