

DIVISION OF ENFORCEMENT

DEAN M. CONWAY
DIRECT DIAL: (202) 551-4412
FACSIMILE: (202) 772-9246

May 31, 2012

**Via Overnight Mail and ECF**

The Honorable Arthur D. Spatt
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

      Re:    <u>SEC v. Brian R. Callahan, et al.</u>, 12-cv-1065 (ADS)

Dear Judge Spatt:

      Please find enclosed a courtesy copy the Securities and Exchange Commission's First Amended Complaint ("FAC"). The FAC adds as defendants the funds controlled by Defendant Callahan: Diversified Global Investments (BVI), L.P., The Masters Global Fund, L.P., Fiduciary Select Income Fund, L.P., Horizon Millennium Investments, L.P. and Pangea Offshore High Yield Portfolio, LLC ("Fund Defendants"). In addition, the FAC adds Adam Manson and two of his entities, Distinctive Investments, LLC and Distinctive Ventures, LLC, as defendants. Finally, Sheri Manson Callahan is added as a relief defendant.

      Also enclosed is a courtesy copy of a Proposed Stipulation and Preliminary Injunction Order related to the Fund Defendants. The proposed stipulation would preliminary enjoin the Fund Defendants from violating the antifraud provisions of the federal securities laws, as well as place them under the control of the court-appointed receiver Mr. Steven Weinberg.

      Please contact me at the above number if you have any questions. In addition, Mr. Knuts is also available to answer questions regarding the proposed stipulation.

      Sincerely,

      s/ Dean M. Conway

      Dean M. Conway

cc:    Robert Knuts (via ECF)