

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF ENFORCEMENT

DEAN M. CONWAY
DIRECT DIAL: (202) 551-4412
FACSIMILE: (202) 772-9246

July 26, 2012

**Via Overnight Mail and ECF**

The Honorable Arthur D. Spatt
U.S. District Court for the Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

      Re:    SEC v. Brian R. Callahan, et al., 12-cv-1065 (ADS)

Dear Judge Spatt:

      This letter is in response to the Court's Order dated July 25, 2012 ("Order"). The Order directed the Securities and Exchange Commission ("SEC") to inform the Court whether it opposed the amendment to the Stay Order requested by Defendant Callahan. See ECF No. 47. The SEC does not oppose the requested amendment subject to the preservation of the SEC's right to challenge on the merits any such application filed by Defendant Callahan pursuant to the requested amendment.

      If the Court has any questions, please contact me at the above number.

      Respectfully submitted,

      s/ Dean M. Conway

      Dean M. Conway

cc:    Counsel of Record via ECF