

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

JM:DCW:BDM
F.#2010R01153

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

July 27, 2012

ECF and By Interoffice Mail

The Honorable Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

       Re:  SEC v. Brian Callahan, et al.
            Civil Docket No. 12-1065 (ADS)

Dear Judge Spatt:

     The government respectfully writes in response to the Court's order entered on July 25, 2012 directing the government to advise whether the United States opposes the amendment requested by defendant Brian Callahan to the proposed order staying the above-referenced civil enforcement proceedings.  See Order, Dkt. #49; Callahan Memorandum, Dkt. #47; Proposed Stay Order, Dkt. #43, at pp. 3-5.

     The United States does not oppose the requested amendment, without prejudice to the government's right to oppose any application seeking release of restrained funds or any other rights that the government may have with respect to such funds.

     Thank you for Your Honor's consideration of this submission.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York

              By:    /s/
                    David C. Woll
                    Assistant U.S. Attorney
                    (718) 254-6241

cc:  By ECF
     All Counsel of Record