UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Case No. 12-CV-1065 (ADS)(ETB) |
| Plaintiff, | |
| v. | |
| BRIAN RAYMOND CALLAHAN, HORIZON GLOBAL ADVISORS LTD., HORIZON GLOBAL ADVISORS LLC, DIVERSIFIED GLOBAL INVESTMENTS (BVI), L.P., THE MASTERS GLOBAL FUND, L.P., FIDUCIARY SELECT INCOME FUND, L.P., HORIZON MILLENNIUM INVESTMENTS, L.P., PANGEA OFFSHORE HIGH YIELD PORTFOLIO, LLC, ADAM MANSON, DISTINCTIVE INVESTMENTS LLC, and DISTINCTIVE VENTURES LLC, | Assigned to:<br>　　Hon. Arthur D. Spatt, U.S.D.J.<br>　　Hon. E. Thomas Boyle |
| Defendants. | |
| SHERI MANSON CALLAHAN, | |
| Relief Defendant. | |

-----------------------------------------------------------x

**ORDER APPROVING THE RECEIVER'S FEES AND EXPENSES
FOR THE INITIAL FIVE DAYS OF THE RECEIVERSHIP
AND FOR THE 2012 SECOND QUARTER**

After reviewing the Motion for Approval of the Receiver's Fees and Expenses for the Initial Five Days of the Receivership and for the 2012 Second Quarter [ECF Doc. 53], which is represented to conform with the Billing Instructions for Receivers in Civil Actions commenced by the U.S. Security and Exchange Commission, and in light of the nature and scope of the work reflected in the Receiver's Initial Report and Plan dated July 3, 2012 [ECF Doc. 42], the Court approves the Application subject to the 20% hold-back pursuant to this Court's Preliminary

Injunction Freezing Assets and Granting Other Relief Order dated March 27, 2012 [ECF Doc. 22].

Accordingly, the Receivership Estate is authorized to pay the Receiver an allowance of $29,640.00 for services rendered as the Receiver during the period of time of March 27, 2012 to March 31, 2012 and the months of April, May and June of 2012 (which are the fees after the 20% hold-back).

Dated: New York, New York
September ___, 2012

SO ORDERED:

_____
ARTHURD D. SPATT
UNITED STATES DISTRICT JUDGE