UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Case No. 12-CV-1065 (ADS)(ETB) |
| Plaintiff, | |
| v. | |
| BRIAN RAYMOND CALLAHAN, HORIZON GLOBAL ADVISORS LTD., HORIZON GLOBAL ADVISORS LLC, DIVERSIFIED GLOBAL INVESTMENTS (BVI), L.P., THE MASTERS GLOBAL FUND, L.P., FIDUCIARY SELECT INCOME FUND, L.P., HORIZON MILLENNIUM INVESTMENTS, L.P., PANGEA OFFSHORE HIGH YIELD PORTFOLIO, LLC, ADAM MANSON, DISTINCTIVE INVESTMENTS LLC, and DISTINCTIVE VENTURES LLC, | Assigned to: Hon. Arthur D. Spatt, U.S.D.J. Hon. E. Thomas Boyle |
| Defendants. | |
| SHERI MANSON CALLAHAN, | |
| Relief Defendant. | |

-----------------------------------------------------------x

## NOTICE OF MOTION
## FOR APPROVAL OF THE FEES AND EXPENSES
## OF THE RECEIVER'S COUNSEL
## FOR THE INITIAL FIVE DAYS OF THE RECEIVERSHIP
## AND THE 2012 SECOND QUARTER

PLEASE TAKE NOTICE that Gottesman, Wolgel, Malamy, Flynn & Weinberg, P.C. ("Gottesman Wolgel") as counsel for Steven Weinberg as the Court Appointed Receiver (the "Receiver") for Defendants HORIZON GLOBAL ADVISORS LTD. ("HGA Ltd."), HORIZON GLOBAL ADVISORS LLC ("HGA LLC"), DIVERSIFIED GLOBAL INVESTMENTS (BVI), L.P. ("Diversified Global") f/k/a Horizon Global Investments, L.P. ("Horizon Global"), THE MASTERS GLOBAL FUND, L.P. ("Masters

Global"), FIDUCIARY SELECT INCOME FUND, L.P. ("Fiduciary Select") f/k/a Pangea Bridge Investment, L.P. ("Pangea Bridge"), HORIZON MILLENNIUM INVESTMENTS, L.P. ("Horizon Millennium"), and PANGEA OFFSHORE HIGH YIELD PORTFOLIO, LLC ("Pangea Offshore"), will move this Court before the Honorable Arthur D. Spatt, District Judge in Courtroom 1029 of the United States Courthouse located at 100 Federal Plaza, Central Islip, New York 11722, for entry of an Order, in the form proposed herewith, approving the Fees and Expenses of the Receiver's Counsel, Gottesman Wolgel, for the initial five (5) days of the Receivership of the 2012 First Quarter and the 2012 Second Quarter (the "Receiver Counsel's Fee Motion") which covers the period of time of March 27, 2012 to March 31, 2012 and the months of April, May and June of 2012. The subject motion is administrative in nature.

PLEASE TAKE FURTHER NOTICE that demand is hereby made that all opposing affidavits, certifications, answering memoranda of law and other papers shall be served within fourteen (14) days after service of these moving papers pursuant to and in accordance with Rules 6.1 and 6.4 of the Local Rules of the United States District Court for the Southern District and for the Eastern District of New York.

Dated: New York, New York
August 14, 2012

Respectfully submitted:

STEWART W. LEE
Gottesman, Wolgel, Malamy,
Flynn & Weinberg, P.C.
11 Hanover Square, 4th Floor
New York, New York 10005
Tel.: (212) 495-0100
E-Mail: slee@gottesmanlaw.com

*Attorneys for the Steven Weinberg As the Court Appointed Receiver for Horizon Global Advisors Ltd., Horizon Global Advisors LLC, Diversified Global Investments (BVI) L.P., the Masters Global Fund, L.P., Fiduciary Select Income Fund, L.P., Horizon Millennium Investments, L.P. and Pangea Offshore High Yield Portfolio, LLC.*

Index No.       Civil Case No. 12 CV 1065 (ADS/ETB)    Year 20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

BRIAN RAYMOND CALLAHAN, HORIZON GLOBAL ADVISORS LTD,
and HORIZON GLOBAL ADVISORS LLC, ET AL.

Defendants.

ORIGINAL

**MOTION FOR APPROVAL OF THE RECEIVER'S FEES AND EXPENSES OF THE RECEIVER'S COUNSEL FOR THE INITIAL FIVE DAYS OF THE THE RECEIVERSHIP AND THE 2012 SECOND QUARTER**

GOTTESMAN, WOLGEL, MALAMY, FLYNN & WEINBERG, P.C.
*A Professional Corporation Incorporated in the State of New York*

*Attorneys for*

Receiver for Horizon Global Advisors Ltd.
and Horizon Global Advisors LLC

11 HANOVER SQUARE
NEW YORK, N.Y. 10005
TEL. NO. (212) 495-0100
FAX NO. (212) 480-9797

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

Dated: ....................................     Signature ........................................................................

Print Signer's Name........................................................

*Service of a copy of the within*                                                      *is hereby admitted.*
Dated:

............................................................
*Attorney(s) for*

*PLEASE TAKE NOTICE*

Check Applicable Box

☐ NOTICE OF ENTRY

that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on           20

☐ NOTICE OF SETTLEMENT

that an Order of which the within is a true copy will be presented for settlement to the Hon.                , one of the judges of the within-named Court,
at
on              20      , at            M.

Dated:

GOTTESMAN, WOLGEL, MALAMY, FLYNN & WEINBERG, P.C.
*A Professional Corporation Incorporated in the State of New York*

*Attorneys for*

To:

11 HANOVER SQUARE
NEW YORK, N.Y. 10005
TEL. NO. (212) 495-0100