# EXHIBIT B

**STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis**
Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 03/27/2012 to 06/30/2012

| FUND ACCOOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 03/27/2012) | | | $0.00 |
| | *Increases in Fund Balance:* | $697,131.21[i] | $697,131.21 | |
| | | $4,723,783.00[ii] | $5,420,914.21 | |
| | | $894.54[iii] | $5,421,808.75 | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8): | | | $5,421,808.75 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses* | | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| |   1. Attorney Fees | | | |
| |   2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | _____ | _____ | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | **Total Disbursements for Receivership Operations** | _____ | _____ | _____ |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| |   1. Fees: | | | |
| |     Fund Administrator........................................ | | | |
| |     Independent Distribution Consultant (IDC)........ | | | |
| |     Distribution Agent........................................ | | | |
| |     Consultants................................................... | | | |
| |     Legal Advisers.............................................. | | | |
| |     Tax Advisers................................................. | | | |
| |   2. Administrative Expenses | | | |
| |   3. Miscellaneous | | | |
| | Total Plan Development Expenses | _____ | _____ | |
| Line 11b | Distribution Plan Implementation Expenses | | | |
| |   1. Fees: | | | |
| |     Fund Administrator........................................ | | | |
| |     Independent Distribution Consultant (IDC)........ | | | |
| |     Distribution Agent........................................ | | | |
| |     Consultants................................................... | | | |
| |     Legal Advisers.............................................. | | | |
| |     Tax Advisers................................................. | | | |
| |   2. Administrative Expenses | | | |
| |   3. Investor Identification: | | | |
| |     Notice Publishing Approved Plan................... | | | |
| |     Claimant Identification (IDC).......................... | | | |
| |     Claims Processing........................................ | | | |
| |     Web Site Maintenance/Call Center................ | | | |
| |   4. Fund Administrator Bond | | | |
| |   5. Miscellaneous | | | |
| |   6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | _____ | _____ | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | _____ | _____ | _____ |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a |   Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b |   Federal Tax Payments | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9 – 11): | | | |
| Line 13 | Ending Balance (As of 07/12/2012): | | | $5,421,808.75 |

**STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis**
Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 03/27/2012 to 06/30/2012

| | | | | |
|---|---|---|---|---|
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | | | $5,421,808.75 |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund – Net Assets | | | $5,421,808.75 |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **OTHER SUPPLEMENTAL INFORMATION:** | | | | |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator............... | | | |
| |    IDC................................... | | | |
| |    Distribution Agent.................. | | | |
| |    Consultants......................... | | | |
| |    Legal Advisors...................... | | | |
| |    Tax Advisors........................ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator............... | | | |
| |    IDC................................... | | | |
| |    Distribution Agent.................. | | | |
| |    Consultants......................... | | | |
| |    Legal Advisors...................... | | | |
| |    Tax Advisors........................ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan............... | | | |
| |    Claimant Identification........................... | | | |
| |    Claims Processing................................ | | | |
| |    Web Site Maintenance/Call Center............ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | Investment Expenses/CRIS Gees | | | |
| Line 16b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore:** | | | |
| Line 18a | # of Claims Received This Reporting Period............................1......................... | | | |
| Line 18b | # of Claims Received Since Inception of Fund........................1......................... | | | |
| Line 19 | **No. of Claimants/Investors for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore:** | | | |
| Line 19a | # of Claims Received This Reporting Period............................24......................... | | | |
| Line 19b | # of Claims Received Since Inception of Fund........................24......................... | | | |

Receiver:
By: *[signature]*
(signature)
By: Steven Weinberg
(printed name)
By: Receiver Estates of HGA LTD and HGA LLC
(title)
Date: ~~July 2012~~ July 30, 2012

---

[i] Deposited 7/10/2012 from Kinetics Institutional Partners, L.P.'s Diversified Global Account
[ii] Deposited 7/10/2012 from Millennium USA, L.P.'s Horizon Millennium Account
[iii] Deposited 7/12/2012 from Bank of America's Pangea Offshore Account