# EXHIBIT A

(Standardized Fund Accounting Report)

**STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis**
Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 07/01/2012 to 09/30/2012

| FUND ACCOOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 03/27/2012) | | | $0.00 |
| | *Increases in Fund Balance:* | $697,131.21[i] | $697,131.21 | |
| | | $4,723,783.00[ii] | $5,420,914.21 | |
| | | $894.54[iii] | $5,421,808.75 | |
| | | $109,166.82[iv] | $5,530,975.57 | |
| | | $597,268.70[v] | $6,128,244.27 | |
| | | $43,773.40[vi] | $6,172,017.67 | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | $6.45[vii] | $6,172,024.12 | |
| | Total Funds Available (Lines 1 – 8): | | | $6,172,024.12 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $29,640.00 | | |
| | | $58,578.33 | $88,218.33 | |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | | | |
| | **Total Disbursements for Receivership Operations** | $88,218.33 | | $88,218.33 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………… | | | |
| | Independent Distribution Consultant (IDC)……. | | | |
| | Distribution Agent……………………………….. | | | |
| | Consultants……………………………………….. | | | |
| | Legal Advisers…………………………………… | | | |
| | Tax Advisers……………………………………… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | Distribution Plan Implementation Expenses | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………… | | | |
| | Independent Distribution Consultant (IDC)……. | | | |
| | Distribution Agent……………………………….. | | | |
| | Consultants……………………………………….. | | | |
| | Legal Advisers…………………………………… | | | |
| | Tax Advisers……………………………………… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice Publishing Approved Plan………………. | | | |
| | Claimant Identification (IDC)……………………. | | | |
| | Claims Processing……………………………….. | | | |
| | Web Site Maintenance/Call Center…………… | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9 – 11): | | | |
| Line 13 | Ending Balance (As of 07/12/2012): | | | $6,083,805.79 |

**STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis**
Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 07/01/2012 to 09/30/2012

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $6,083,805.79 |
| Line 14b | Investments _____ | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $6,083,805.79 |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | **OTHER SUPPLEMENTAL INFORMATION:** | | | |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |     Fund Administrator................................ | | | |
| |     IDC........................................................ | | | |
| |     Distribution Agent................................. | | | |
| |     Consultants.......................................... | | | |
| |     Legal Advisors..................................... | | | |
| |     Tax Advisors........................................ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |     Fund Administrator................................ | | | |
| |     IDC........................................................ | | | |
| |     Distribution Agent................................. | | | |
| |     Consultants.......................................... | | | |
| |     Legal Advisors..................................... | | | |
| |     Tax Advisors........................................ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan............... | | | |
| |     Claimant Identification............................ | | | |
| |     Claims Processing................................. | | | |
| |     Web Site Maintenance/Call Center............ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Gees | | | |
| Line 16b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | No. of Claims for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore: | | | |
| Line 18a | # of Claims Received This Reporting Period..........................0..................... | | | |
| Line 18b | # of Claims Received Since Inception of Fund.........................1................... | | | |
| Line 19 | No. of Claimants/Investors for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore: | | | |
| Line 19a | # of Claims Received This Reporting Period..........................31..................... | | | |
| Line 19b | # of Claims Received Since Inception of Fund.........................52..................... | | | |

Receiver:
By: *(signature)*
By: Steven Weinberg
(printed name)
By: Receiver Estates of HGA LTD and HGA LLC
(title)
Date: November 20, 2012

---

[i] Deposited 7/10/2012 from Kinetics Institutional Partners, L.P.'s Diversified Global Account
[ii] Deposited 7/10/2012 from Millennium USA, L.P.'s Horizon Millennium Account
[iii] Deposited 7/12/2012 from Bank of America's Pangea Offshore Account

[iv] Deposited 8/3/12 from Citi Hedge Forum Masters Global Account
[v] Deposited 8/20/12 from Morgan Stanley Hedge Forum Masters Global Account
[vi] Deposited 9/28/12 from Waterstreet Account
[vii] Deposited 9/5/12 from Cablevision Refund HGA