# EXHIBIT B

(Standardized Fund Accounting Report)

STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis
Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 07/01/2012 to 09/30/2012

| | FUND ACCOOUNTING (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 03/27/2012) | | | $0.00 |
| | Increases in Fund Balance: | $697,131.21[i] | $697,131.21 | |
| | | $4,723,783.00[ii] | $5,420,914.21 | |
| | | $894.54[iii] | $5,421,808.75 | |
| | | $109,166.82[iv] | $5,530,975.57 | |
| | | $597,268.70[v] | $6,128,244.27 | |
| | | $43,773.40[vi] | $6,172,017.67 | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | $6.45[vii] | $6,172,024.12 | |
| | Total Funds Available (Lines 1 – 8): | | | $6,172,024.12 |
| | Decreases in Fund Balance: | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $29,640.00 | | |
| | | $58,578.33 | $88,218.33 | |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | | | |
| | Total Disbursements for Receivership Operations | $88,218.33 | | $88,218.33 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator........................ | | | |
| | Independent Distribution Consultant (IDC)....... | | | |
| | Distribution Agent........................ | | | |
| | Consultants................................ | | | |
| | Legal Advisers........................... | | | |
| | Tax Advisers............................. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | Distribution Plan Implementation Expenses | | | |
| | 1. Fees: | | | |
| | Fund Administrator........................ | | | |
| | Independent Distribution Consultant (IDC)....... | | | |
| | Distribution Agent........................ | | | |
| | Consultants................................ | | | |
| | Legal Advisers........................... | | | |
| | Tax Advisers............................. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice Publishing Approved Plan................. | | | |
| | Claimant Identification (IDC)................... | | | |
| | Claims Processing............................ | | | |
| | Web Site Maintenance/Call Center................ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9 – 11): | | | |
| Line 13 | Ending Balance (As of 07/12/2012): | | | $6,083,805.79 |

STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis
Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 07/01/2012 to 09/30/2012

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 14**<br>Line 14a<br>Line 14b<br>Line 14c | **Ending Balance of Fund – Net Assets:**<br>*Cash & Cash Equivalents*<br>*Investments*<br>*Other Assets or Uncleared Funds*<br>**Total Ending Balance of Fund – Net Assets** | | | $6,083,805.79<br><br><br>$6,083,805.79 |
| **OTHER SUPPLEMENTAL INFORMATION:** | | | | |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| **Line 15**<br><br>Line 15a | **Disbursements for Plan Administration Expenses Not Paid by the Fund:**<br>*Plan Development Expenses Not Paid by the Fund:*<br>  1.  Fees:<br>        Fund Administrator..............................<br>        IDC....................................................<br>        Distribution Agent................................<br>        Consultants.........................................<br>        Legal Advisors....................................<br>        Tax Advisors.......................................<br>  2.  Administrative Expenses<br>  3.  Miscellaneous<br>**Total Plan Development Expenses Not Paid by the Fund** | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:*<br>  1.  Fees:<br>        Fund Administrator..............................<br>        IDC....................................................<br>        Distribution Agent................................<br>        Consultants.........................................<br>        Legal Advisors....................................<br>        Tax Advisors.......................................<br>  2.  Administrative Expenses<br>  3.  Investor Identification:<br>        Notice/Publishing Approved Plan...............<br>        Claimant Identification.............................<br>        Claims Processing.................................<br>        Web Site Maintenance/Call Center............<br>  4.  Fund Administrator Bond<br>  5.  Miscellaneous<br>  6.  FAIR Reporting Expenses<br>**Total Plan Implementation Expenses Not Paid by the Fund** | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund*<br>**Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| **Line 16**<br>Line 16a<br>Line 16b | **Disbursements to Court/Other Not Paid by the Fund:**<br>Investment Expenses/CRIS Gees<br>Federal Tax Payments<br>**Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| **Line 17** | **DC & State Tax Payments** | | | |
| **Line 18**<br>Line 18a<br>Line 18b | No. of Claims for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore:<br>  # of Claims Received This Reporting Period............................0....................<br>  # of Claims Received Since Inception of Fund........................1...................... | | | |
| **Line 19**<br>Line 19a<br>Line 19b | No. of Claimants/Investors for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore:<br>  # of Claims Received This Reporting Period............................31.....................<br>  # of Claims Received Since Inception of Fund.........................52..................... | | | |

Receiver:
By: _____ (signature)
By: Steven Weinberg
(printed name)
By: Receiver Estates of HGA LTD and HGA LLC
(title)
Date: November 20, 2012

---

[i] Deposited 7/10/2012 from Kinetics Institutional Partners, L.P.'s Diversified Global Account
[ii] Deposited 7/10/2012 from Millennium USA, L.P.'s Horizon Millennium Account
[iii] Deposited 7/12/2012 from Bank of America's Pangea Offshore Account

---

[iv] Deposited 8/3/12 from Citi Hedge Forum Masters Global Account
[v] Deposited 8/20/12 from Morgan Stanley Hedge Forum Masters Global Account
[vi] Deposited 9/28/12 from Waterstreet Account
[vii] Deposited 9/5/12 from Cablevision Refund HGA