# EXHIBIT B

(Standardized Fund Accounting Report)

STANDARDIZED FUND ACCOUNTING REPORTS for Horizon Global Advisors and Horizon Group Advisors LLC – Cash Basis
Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 10/01/2012 to 12/31/2012

Case 2:12-cv-01065-NMG Document 72-3 Filed 02/11/13 Page 2 of 4 PageID #: 3525

| | FUND ACCOOUNTING (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 03/27/2012) | | | $0.00 |
| | *Increases in Fund Balance:* | $697,131.21[i]<br>$4,723,783.00[ii]<br>$894.54[iii]<br>$109,166.82[iv]<br>$597,268.70[v]<br>$43,773.40[vi] | $697,131.21<br>$5,420,914.21<br>$5,421,808.75<br>$5,530,975.57<br>$6,128,244.27<br>$6,172,017.67 | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | $6.45[vii] | $6,172,024.12 | |
| | Total Funds Available (Lines 1 – 8): | | | $6,172,024.12 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $29,640.00<br>$58,578.33 | $88,218.33 | |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses<br>1. Attorney Fees<br>2. Litigation Expenses<br>*Total Third-Party Litigation Expenses* | $150.00[viii] | $150.00 | $150.00 |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | | | |
| | **Total Disbursements for Receivership Operations** | $88,218.33 | | $88,218.33 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 11a | Distribution Plan Development Expenses:<br>1. Fees:<br>  Fund Administrator..................<br>  Independent Distribution Consultant (IDC)........<br>  Distribution Agent..................<br>  Consultants.....................<br>  Legal Advisers..................<br>  Tax Advisers....................<br>2. Administrative Expenses<br>3. Miscellaneous<br>*Total Plan Development Expenses* | | | |
| Line 11b | Distribution Plan Implementation Expenses<br>1. Fees:<br>  Fund Administrator..................<br>  Independent Distribution Consultant (IDC)........<br>  Distribution Agent..................<br>  Consultants.....................<br>  Legal Advisers..................<br>  Tax Advisers....................<br>2. Administrative Expenses<br>3. Investor Identification:<br>  Notice Publishing Approved Plan.............<br>  Claimant Identification (IDC).............<br>  Claims Processing......................<br>  Web Site Maintenance/Call Center.............<br>4. Fund Administrator Bond<br>5. Miscellaneous<br>6. Federal Account for Investor Restitution (FAIR) Reporting Expenses<br>*Total Plan Implementation Expenses*<br>**Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9 – 11): | | | |
| Line 13 | Ending Balance (As of 09/30/2012): | | | $6,083,655.79 |

**STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis**
Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 10/01/2012 to 12/31/2012

| Line | Description | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | | | $6,083,655.79 |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $6,083,655.79 |

**OTHER SUPPLEMENTAL INFORMATION:**

| Line | *Report of Items NOT To Be Paid by the Fund:* | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: <br> 1. Fees: <br>     Fund Administrator............................ <br>     IDC.................................................... <br>     Distribution Agent.............................. <br>     Consultants......................................... <br>     Legal Advisors.................................... <br>     Tax Advisors....................................... <br> 2. Administrative Expenses <br> 3. Miscellaneous <br> *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: <br> 1. Fees: <br>     Fund Administrator............................ <br>     IDC.................................................... <br>     Distribution Agent.............................. <br>     Consultants......................................... <br>     Legal Advisors.................................... <br>     Tax Advisors....................................... <br> 2. Administrative Expenses <br> 3. Investor Identification: <br>     Notice/Publishing Approved Plan......... <br>     Claimant Identification........................ <br>     Claims Processing............................... <br>     Web Site Maintenance/Call Center....... <br> 4. Fund Administrator Bond <br> 5. Miscellaneous <br> 6. FAIR Reporting Expenses <br> *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Gees | | | |
| Line 16b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore:** | | | |
| Line 18a | # of Claims Received This Reporting Period..........................0...................... | | | |
| Line 18b | # of Claims Received Since Inception of Fund.........................1......................... | | | |
| Line 19 | **No. of Claimants/Investors for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore:** | | | |
| Line 19a | # of Claims Received This Reporting Period..........................3...................... | | | |
| Line 19b | # of Claims Received Since Inception of Fund..........................557.................... | | | |

Receiver:
By: _(signature)_
By: Steven Weinberg
(printed name)
By: Receiver Estates of HGA LTD and HGA LLC
(title)
Date: January 30, 2013

eposited 7/10/2012 from Kinetics Institutional Partners, L.P.'s Diversified Global Account
eposited 7/10/2012 from Millennium USA, L.P.'s Horizon Millennium Account
eposited 7/12/2012 from Bank of America's Pangea Offshore Account


[iv] Deposited 8/3/12 from Citi Hedge Forum Masters Global Account
[v] Deposited 8/20/12 from Morgan Stanley Hedge Forum Masters Global Account
[vi] Deposited 9/28/12 from Waterstreet Account
[vii] Deposited 9/5/12 from Cablevision Refund HGA
[viii] BVI Accountant General – Subpoena Fees