IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   MAR 22 2013   ★

LONG ISLAND OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

                                 Plaintiff,

v.

BRIAN RAYMOND CALLAHAN,
HORIZON GLOBAL ADVISORS LTD.,
HORIZON GLOBAL ADVISORS LLC,
DIVERSIFIED GLOBAL INVESTMENTS
(BVI), L.P., THE MASTERS GLOBAL
FUND, L.P., FIDUCIARY SELECT INCOME
FUND, L.P., HORIZON MILLENNIUM
INVESTMENTS, L.P., PANGEA
OFFSHOREHIGH YIELD PORTFOLIO,
LLC, ADAM MANSON, DISTINCTIVE
INVESTMENTS LLC, and DISTINCTIVE
VENTURES LLC,

                                 Defendants.

SHERI MANSON CALLAHAN,

                                 Relief Defendant.

-------------------------------------------------------x

Civil Case No. 12-CV-1065
(ADS)(ETB)

NOTICE OF REQUEST FOR
APPROVAL OF HAGUE
CONVENTION EVIDENCE
REQUEST

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 08 2013   ★

LONG ISLAND OFFICE

Assigned to:
    Hon. Arthur D. Spatt, U.S.D.J.
    Hon. E. Thomas Boyle

## NOTICE OF REQUEST FOR APPROVAL
## OF HAGUE CONVENTION EVIDENCE REQUEST
## (ABM CORPORATE SERVICES BVI LTD.)

Steven Weinberg, as the court appointed Receiver (the "Receiver") for Horizon Global

Advisors Ltd. ("HGA LTD"), Horizon Global Advisors LLC ("HGA LLC"), Diversified Global

Investments (BVI), L.P. ("Diversified Global") and formerly known as Horizon Global

Investments, L.P. ("Horizon Global"), The Masters Global Fund, L.P. ("Masters Global"),

Fiduciary Select Income Fund, L.P. ("Fiduciary Select") and formerly known as Pangea Bridge

Investment, L.P. ("Pangea Bridge"), Horizon Millennium Investments, L.P. ("Horizon

Millennium"), and Pangea Offshore High Yield Portfolio, LLC ("Pangea Offshore"),
respectfully requests that the Court sign and approve the attached Request for International
Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of
Evidence Abroad in Civil or Commercial Matters (the "Hague Request").

      The subject request is made in connection with carrying out the Receiver's Court ordered
duties to locate and marshal assets of the Receivership, as well as obtain the books, records and
information concerning HGA Ltd., HGA LLC, Diversified Global, Horizon Global, Masters
Global, Fiduciary Select, Pangea Bridge, Horizon Millennium and Pangea Offshore (collectively,
the "Receivership Entities"). The Receiver is seeking production of certain books, records and
documents from ABM Corporate Services BVI Ltd. ("ABM"), who served as a corporate
services provider for one or more of the Receivership Entities. As the Receiver of these
Receivership Entities, the Receiver is entitled to seek and retains the legal right to obtain copies
of these books, records and documents, to the extent any pertain to the Receivership Entities As
the Receiver of these Receivership Entities, the Receiver is entitled to seek and retains the legal
right to obtain copies of these books, records and documents, to the extent any pertains to the
Receivership Entities. Pursuant to this Court's Orders, Defendant Callahan was directed and
obligated to turn over these books, records and documents to the Receiver, but despite repeated
demands, has failed to do so.

      ABM is an entity that is organized under the laws of the British Virgin Islands, and
located and domiciled in the British Virgin Islands, and therefore, has declined to voluntarily
recognize this Court's Orders and comply with the Receiver's demands and request to turnover
books, records and information for the Receivership Entities. Though not an exclusive method,
the Hague Convention is an appropriate and tested method for pursuing the production of these

books, records and information from foreign entities such as ABM.  The information sought is

needed to identify and locate the assets, books and records of the Receivership Entities, cannot

be obtained within the United States, and other alternatives, to the extent that they exist and are

available, have been pursued to no avail, and are exhausted.  If the Receiver cannot obtain and

access such information, its ability to effectively locate and marshal the Receivership Assets will

be greatly debilitated.  For the foregoing reasons, the Receiver requests that the Court sign and

approve the attached Hague Request (*See Appendix*), so that the Receiver's requests for

documents and information to ABM may proceed under the Convention.

Dated: New York, New York
       March 20, 2013

                                            Respectfully submitted,


                                            _____
                                            STEWART W. LEE
                                            Gottesman, Wolgel, Malamy,
                                            Flynn & Weinberg, P.C.
                                            11 Hanover Square, 4th Floor
                                            New York, New York 10005
                                            Tel.: (212) 495-0100
                                            Fax: (212) 480-9797
                                            E-Mail: slee@gottesmanlaw.com

                                            *Attorneys for the Receiver*
                                            *of Horizon Global Advisors, Ltd.,*
                                            *Horizon Global Advisors LLC, Diversified*
                                            *Global Investments (BVI), L.P. and formerly*
                                            *known as Horizon Global Investments, L.P.,*
                                            *The Masters Global Fund, L.P., Fiduciary*
                                            *Select Income Fund, L.P. and formerly*
                                            *known as Pangea Bridge Investment, L.P.;*
                                            *Horizon Millennium Investments, L.P., and*
                                            *Pangea Offshore High Yield Portfolio, LLC*


TO:   DEAN M. CONWAY, ESQ. (with enclosures)
      U.S. Securities and Exchange Commission
      *Attorneys for Plaintiff Securities and Exchange Commission*

100 F. Street, N.E.,
Washington, D.C. 20549
Tel:  (202) 551-4412
Fax: (202) 772-9362
E-Mail: conwayd@sec.gov

ROBERT KNUTS, ESQ. (with enclosures)
Park & Jensen, LLP
*Attorneys for Defendant Brian Raymond Callahan*
630 Third Avenue
New York, New York 10017
Tel: (646) 200-6330
Fax: (646) 200-6331
E-Mail: rknuts@parkjensen.com

ROBERT L. HERSKOVITS, ESQ. (with enclosures)
Herskovits PLLC
*Attorneys for Defendant Brian Raymond Callahan*
1065 Avenue of the Americas
27th Floor
New York, New York 10018
Tel: (212) 897-5410
Fax: (646) 558-0239
E-Mail: robert@herskovitslaw.com

ANDREW J. FRISCH, ESQ. (with enclosures)
Law Offices of Andrew J. Frisch
*Attorneys for Defendant Adam Manson,*
*Distinctive Investments, LLC, and*
*Distinctive Ventures, LLC*
40 Fulton Street, 23rd Floor
New York, New York 10038
Tel: (212) 285-8000
Fax: (646) 304-0352
E-Mail: afrisch@andrewfrisch.com

MICHAEL TREMONTE, ESQ. (with enclosures)
Sher Tremonte LLP
*Attorneys for Defendant Sheri Callahan*
41 Madison Avenue, 41st Floor
New York, New York 10010
Tel: (212) 202-2600
Fax: (212) 202-4156
E-Mail: mtremonte@shertremonte.com

DAVID CAREY WOLL, ESQ. (with enclosures)

Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
271 Cadman Plaza East
Brooklyn, New York 11201
Tel: (718) 254-6241
Fax: (718) 254-6481
E-Mail: david.woll@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,

v.

BRIAN RAYMOND CALLAHAN,
HORIZON GLOBAL ADVISORS LTD.,
HORIZON GLOBAL ADVISORS LLC,
DIVERSIFIED GLOBAL INVESTMENTS
(BVI), L.P., THE MASTERS GLOBAL
FUND, L.P., FIDUCIARY SELECT INCOME
FUND, L.P., HORIZON MILLENNIUM
INVESTMENTS, L.P., PANGEA
OFFSHOREHIGH YIELD PORTFOLIO,
LLC, ADAM MANSON, DISTINCTIVE
INVESTMENTS LLC, and DISTINCTIVE
VENTURES LLC,

               Defendants.

SHERI MANSON CALLAHAN,

               Relief Defendant.

-----------------------------------------------------------x

Civil Case No. 12-CV-1065
(ADS)(ETB)

**APPENDIX IN SUPPORT OF
NOTICE OF REQUEST FOR
APPROVAL OF HAGUE
CONVENTION EVIDENCE
REQUEST**

Assigned to:
    Hon. Arthur D. Spatt, U.S.D.J.
    Hon. E. Thomas Boyle

## APPENDIX IN SUPPORT OF NOTICE OF REQUEST FOR APPROVAL OF HAGUE CONVENTION EVIDENCE REQUEST

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| | | |
|---|---|---|
| 1. | Sender | Office of the Clerk<br>United States District Court, Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, New York 11201<br>PH: (718) 613-2600 |
| 2. | Central Authority of<br>the Requested State | The Registrar of the Supreme Court<br>c/o Sonya Young<br>Registrar, High Court<br>P.O. Box 418, Road Town,<br>Tortola, British Virgin Islands |
| 3. | Person to whom the<br>executed request is<br>to be returned | Stewart W. Lee, Esq.<br>Gottesman, Wolgel, Malamy, Flynn & Weinberg, P.C.<br>11 Hanover Square, 4th Floor<br>New York, New York 10005<br>PH: (212) 495-0100 |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

| | |
|---|---|
| Date | May 22, 2013 |
| Reason for urgency* | As set forth in detail in Sections 7 and 8, the timely production of the information requested herein is essential (1) to enable the Court and its appointed officer, the Receiver, to prosecute pending liability and/or avoidance claims, and to identify new claims, and (2) more broadly, to enable the Receiver, as an officer of the Court, to carry out his Court-ordered duties. |

---

\* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED
APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

5.  a   Requesting judicial authority (Article 3,a))

United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
PH: (718) 613-2600

b   To the competent authority of (Article 3, a))

The Registrar of the Supreme Court
c/o Sonya Young
Registrar, High Court
P.O. Box 418, Road Town,
Tortola, British Virgin Islands

c   Names of the case and any identifying number

Securities and Exchange Commission vs. Brian
Raymond Callahan et al.; Civil Action No. 12-CV-1065
(ADS); Pending in the United States District Court for
the Eastern District of New York.

6.  Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, b))

a   Plaintiff

Securities and Exchange Commission.  (It should be
noted that this request is being made by a
Court-appointed Receiver, see section 6.c. below.)

Representatives

Dean M. Conway, Esq.
U.S. Securities and Exchange Commission
100 F St., N.E., Washington, DC 20549-4010
PH: (202) 551-4412; conwayd@sec.gov

b   Defendant

Brian Raymond Callahan et al. see Exhibit 1.

Representatives

Robert Knuts, Esq. - Park & Jensen LLP
Attorney for Brian Raymond Calahan
630 Third Avenue, New York, New York 10017
PH: (646) 200-6330; rknuts@parkjensen.com

c   Other parties

Steven Weinberg, Esq., Court-Appointed Receiver.

Representatives

Gottesman, Wolgel, Malamy, Flynn & Weinberg, P.C.
Stewart W. Lee, Esq.
11 Hanover Square, 4th Floor, New York, NY 10005
PH: (212) 295-0100; slee@gottesmanlaw.com

---

* Omit if not applicable.

| | | | |
|---|---|---|---|
| 7. | a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c)) | This request arises from a receivership instituted under the laws of the United States of America as part of an action filed by the Securities and Exchange Commission and described in Paragraph 5.c. above. |
| | b | Summary of complaint | Receivership of Horizon Global Advisors, Ltd., Horizon Global Advisors, LLC, Diversified Global Investments (BVI), L.P., The Masters Global Fund, L.P., Fiduciary Select Income Fund, L.P., Horizon Millennium Investments, L.P., and Pangea Offshore High Yield Portfolio, LLC. |
| | c | Summary of defence and counterclaim* | |
| | d | Other necessary information or documents* | The Preliminary Injunction Freezing Assets and Granting Other Relief entered by Judge Spatt on March 27, 2012 (the "Receivership Order," attached hereto as Exhibit 3), states that the U.S. District Court for the Eastern District of New York has exclusive jurisdiction over the Receivership Assets.  See Exhibit 1. |
| 8. | a | Evidence to be obtained or other judicial act to be performed (Article 3, d)) | An order directing ABM Corporate Services BVI Ltd., with registered address of PO Box 2283 Columbus Centre, Road Town, Tortola VG1110, British Virgin Islands to produce all documents, information or objects requested in Exhibit 2. |
| | b | Purpose of the evidence or judicial act sought | To identify and locate assets of the Receivership and recover Receivership Property. |
| 9. | | Identity and address of any person to be examined (Article 3, e))* | Not applicable. |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))* | Not applicable. |

---

* Omit if not applicable.

11. Documents or other property
to be inspected
(Article 3, *g*))*

Production of all documents, information or objects requested in Exhibit 2.

12. Any requirement that the
evidence be given on oath
or affirmation and any
special form to be used
(Article 3, *h*))*

Not applicable.

13. Special methods or procedure
to be followed (e.g. oral or
in writing, verbatim,
transcript or summary,
cross-examination, etc.)
(Articles 3, *i*) and 9)*

Not applicable.

14. Request for notification of
the time and place for the
execution of the Request
and identity and address of
any person to be notified
(Article 7)*

Notification of the time and place where the documents will be produced, shall be sent directly to:
Gottesman, Wolgel, Malamy, Flynn & Weinberg P.C.,
Attn: Stewart W. Lee, Esq.
11 Hanover Square, Fourth Floor
New York, New York, 10005
PH: (212) 495-0100
Facsimile: (212) 480-9297
Email: slee@gottesmanlaw.com

15. Request for attendance or
participation of judicial
personnel of the requesting
authority at the execution
of the Letter of Request
(Article 8)*

Not applicable.

_____

* Omit if not applicable.

16. Specification of privilege
    or duty to refuse to give
    evidence under the law of
    the State of origin
    (Article 11, b))*

Not applicable.

17. The fees and costs incurred
    which are reimbursable under
    the second paragraph of
    Article 14 or under
    Article 26 of the Convention
    will be borne by*

The Receiver through:
Gottesman, Wolgel, Malamy, Flynn & Weinberg
P.C.,
11 Hanover Square, Fourth Floor
New York, New York, 10005
PH: (212) 495-0100
Facsimile: (212) 480-9297

DATE OF REQUEST

March 20, 2013

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY

/s/ Arthur D. Spatt

USDJ                      4/8/13

Erase all entries          Print

* Omit if not applicable.