# EXHIBIT A

(Standardized Fund Accounting Report)

STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis
Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 01/01/2013 to 03/31/2013

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 01/01/2013) | | | $6,083,655.79 |
| | *Increases in Fund Balance:* | $1747.34[i] | $6,085,403.13 | |
| | | $1882.34[ii] | $6,087,285.47 | |
| | | $474,363[iii] | $6,561,648.47 | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | $4,818.59 | $6,566,467.06 | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8): | | | $6,566,467.06 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $1747.34 | $1747.34 | |
| | | $1882.34 | $3629.68 | $6,562,837.38 |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $52,683.37 | $52,683.37 | |
| | | $67,490.43 | $120,173.80 | $6,442,663.58 |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | ___ | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | $120,173.80 | $120,173.80 | |
| | *Total Disbursements for Receivership Operations* | | | $6,442,663.58 |
| Line 11 | — | | | |
| Line 11a | Disbursements for Distribution Expenses Paid by the Fund | | | |
| | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………………….. | | | |
| | Independent Distribution Consultant (IDC)……. | | | |
| | Distribution Agent…………………………………. | | | |
| | Consultants………………………………………… | ___ | | |
| Line 11b | Legal Advisers……………………………………. | | | |
| | Tax Advisers………………………………………. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | | | |
| | Distribution Plan Implementation Expenses | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………………….. | | | |
| | Independent Distribution Consultant (IDC)……. | | | |
| | Distribution Agent…………………………………. | | | |
| | Consultants………………………………………… | | | |
| | Legal Advisers……………………………………. | ___ | ___ | |
| | Tax Advisers………………………………………. | | | |
| Line 12 | 2. Administrative Expenses | ___ | | |
| Line 12a | 3. Investor Identification: | | | |

---

[i] Deposited 1/28/13 from Pictet for AAA Group International Trust
[ii] Deposited 1/29/13 from Pictet for Yastesel Trust
[iii] Deposited 3/14/13 from Millennium USA Holdback

| Line | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 12b | Notice Publishing Approved Plan................ Claimant Identification (IDC)......................... Claims Processing................................... Web Site Maintenance/Call Center................ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| | **Disbursements to Court/Other:** | | | |
| | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | | | |
| Line 13 | Ending Balance (As of 03/31/2013): | | | $6,442,663.58 |

**STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis**
Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 01/01/2013 to 03/31/2013

| Line | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | | | $6,442,663.58 |
| Line 14b | *Investments* | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | $6,442,663.58 |
| | **Total Ending Balance of Fund – Net Assets** | | | |

| | OTHER SUPPLEMENTAL INFORMATION: | | | |
|---|---|---|---|---|
| | | Detail | Subtotal | Grand Total |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: Fund Administrator.................................. IDC............................................................ Distribution Agent...................................... Consultants............................................... Legal Advisors.......................................... Tax Advisors............................................. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: Fund Administrator.................................. IDC............................................................ Distribution Agent...................................... Consultants............................................... Legal Advisors.......................................... Tax Advisors............................................. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: Notice/Publishing Approved Plan................ Claimant Identification............................... Claims Processing..................................... Web Site Maintenance/Call Center............. | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| | Investment Expenses/CRIS Gees | | | |

| | | | | | |
|---|---|---|---|---|---|
| Line 16a | Federal Tax Payments | | | | |
| Line 16b | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 17 | DC & State Tax Payments | | | | |
| Line 18<br>Line 18a<br>Line 18b | No. of Claims for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore:<br>  *# of Claims Received This Reporting Period……………………….0……………………*<br>  *# of Claims Received Since Inception of Fund………………….…1………..…………..* | | | | |
| Line 19<br>Line 19a<br>Line 19b | No. of Claimants/Investors for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore:<br>  *# of Claims Received This Reporting Period……………………….2………..………*<br>  *# of Claims Received Since Inception of Fund………….…………57…/…………..* | | | | |

Receiver:

By: _____
   (signature)
By: Steven Weinberg
   (printed name)
By: Receiver Estates of HGA LTD and HGA LLC
   (title)
Date: April , 2013