UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Case No. 12-CV-1065 (ADS)(ETB) |
| Plaintiff, | |
| v. | |
| BRIAN RAYMOND CALLAHAN, ADAM MANSON, DISTINCTIVE INVESTMENTS LLC, and DISTINCTIVE VENTURES LLC, | Assigned to: Hon. Arthur D. Spatt, U.S.D.J. Hon. E. Thomas Boyle |
| Defendants. | |
| SHERI MANSON CALLAHAN, | |
| Relief Defendant. | |

-----------------------------------------------------------x

**NOTICE OF MOTION
FOR APPROVAL OF THE RECEIVER'S FEES AND EXPENSES
FOR THE 2013 FIRST QUARTER**

PLEASE TAKE NOTICE that Steven Weinberg, as the Court Appointed Receiver (the "Receiver") for Defendants HORIZON GLOBAL ADVISORS LTD. ("HGA Ltd."), HORIZON GLOBAL ADVISORS LLC ("HGA LLC"), DIVERSIFIED GLOBAL INVESTMENTS (BVI), L.P. ("Diversified Global") f/k/a Horizon Global Investments, L.P. ("Horizon Global"), THE MASTERS GLOBAL FUND, L.P. ("Masters Global"), FIDUCIARY SELECT INCOME FUND, L.P. ("Fiduciary Select") f/k/a Pangea Bridge Investment, L.P. ("Pangea Bridge"), HORIZON MILLENNIUM INVESTMENTS, L.P. ("Horizon Millennium"), and PANGEA OFFSHORE HIGH YIELD PORTFOLIO, LLC ("Pangea Offshore"), by and through its undersigned attorneys, will move this Court before the Honorable Arthur D. Spatt, District Judge in

Courtroom 1029 of the United States Courthouse located at 100 Federal Plaza, Central Islip, New York 11722, for entry of an Order, in the form proposed herewith, approving the Receiver's Fees and Expenses for the 2013 First Quarter (the "Receiver's Motion") which covers the period of time of January 1, 2013 to March 31, 2013. The subject motion is administrative in nature.

PLEASE TAKE FURTHER NOTICE that demand is hereby made that all opposing affidavits, certifications, answering memoranda of law and other papers shall be served within fourteen (14) days after service of these moving papers pursuant to and in accordance with Rules 6.1 and 6.4 of the Local Rules of the United States District Court for the Southern District and for the Eastern District of New York.

Dated: New York, New York
May 15, 2013

Respectfully submitted:

_____
STEWART W. LEE
Gottesman, Wolgel, Malamy,
Flynn & Weinberg, P.C.
11 Hanover Square, 4th Floor
New York, New York 10005
Tel.: (212) 495-0100
E-Mail: slee@gottesmanlaw.com

*Attorneys for the Steven Weinberg As the Court Appointed Receiver for Horizon Global Advisors Ltd., Horizon Global Advisors LLC, Diversified Global Investments (BVI) L.P., the Masters Global Fund, L.P., Fiduciary Select Income Fund, L.P., Horizon Millennium Investments, L.P. and Pangea Offshore High Yield Portfolio, LLC.*

TO: DEAN M. CONWAY, ESQ. (with enclosures)
U.S. Securities and Exchange Commission
*Attorneys for Plaintiff Securities and Exchange Commission*
100 F. Street, N.E.,
Washington, D.C. 20549
Tel: (202) 551-4412
Fax: (202) 772-9362
E-Mail: conwayd@sec.gov

ROBERT KNUTS, ESQ. (with enclosures)
Park & Jensen, LLP
*Attorneys for Defendant Brian Raymond Callahan*
630 Third Avenue
New York, New York 10017
Tel: (646) 200-6330
Fax: (646) 200-6331
E-Mail: rknuts@parkjensen.com

ROBERT L. HERSKOVITS, ESQ. (with enclosures)
Herskovits PLLC
*Attorneys for Defendant Brian Raymond Callahan*
1065 Avenue of the Americas
27th Floor
New York, New York 10018
Tel: (212) 897-5410
Fax: (646) 558-0239
E-Mail: robert@herskovitslaw.com

ANDREW J. FRISCH, ESQ. (with enclosures)
Law Offices of Andrew J. Frisch
*Attorneys for Defendant Adam Manson,*
*Distinctive Investments, LLC, and*
*Distinctive Ventures, LLC*
40 Fulton Street, 23rd Floor
New York, New York 10038
Tel: (212) 285-8000
Fax: (646) 304-0352
E-Mail: afrisch@andrewfrisch.com

MICHAEL TREMONTE, ESQ. (with enclosures)
Sher Tremonte LLP
*Attorneys for Defendant Sheri Callahan*
41 Madison Avenue, 41st Floor
New York, New York 10010
Tel: (212) 202-2600
Fax: (212) 202-4156
E-Mail: mtremonte@shertremonte.com

DAVID CAREY WOLL, ESQ. (with enclosures)
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
271 Cadman Plaza East
Brooklyn, New York 11201
Tel: (718) 254-6241
Fax: (718) 254-6481
E-Mail: david.woll@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                                           Plaintiff,

- against -

BRIAN RAYMOND CALLAHAN, ET AL.

                                           Defendants.

---

**ORIGINAL**      **MOTION FOR APPROVAL OF THE RECEIVER'S FEES AND EXPENSES FOR THE 2013 FIRST QUARTER**

---

GOTTESMAN, WOLGEL, MALAMY, FLYNN & WEINBERG, P.C.
A Professional Corporation Incorporated in the State of New York

*Attorneys for*    Receiver for Horizon Global Advisors Ltd.
and Horizon Global Advisors LLC, et al

11 HANOVER SQUARE
NEW YORK, N.Y. 10005
TEL. NO. (212) 495-0100
FAX NO. (212) 480-9797

---

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* ..........................     Signature ..........................................................................................

                                        Print Signer's Name..........................................................................

---

*Service of a copy of the within*                                                 *is hereby admitted.*

*Dated:*

                                                       *Attorney(s) for*

---

PLEASE TAKE NOTICE

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on      20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the Hon.                           , one of the judges of the within-named Court,
at
on                    20      , at            M.

*Check Applicable Box*

Dated:                                            GOTTESMAN, WOLGEL, MALAMY, FLYNN & WEINBERG, P.C.
                                                  A Professional Corporation Incorporated in the State of New York
                              *Attorneys for*

To:                                                      11 HANOVER SQUARE
                                                     NEW YORK, N.Y. 10005
                                                     TEL. NO. (212) 495-0100
                                                     FAX NO. (212) 480-9797

*Attorney(s) for*