# EXHIBIT A

(Standardized Fund Accounting Report)

**STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis Receivership; Civil Court Docket No. 12-CV-1065**
**Reporting Period 4/1/2013 to 6/30/2013**

| FUND ACCOOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 3/1/2013) | | | $6,442,663.58 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | $7,466.56 | $6,450,130.14 | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8): | | | $6,450,130.14 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $0 | | |
| Line 10 | Disbursements for Receivership Operations | $0 | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses* | | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | **Total Disbursements for Receivership Operations** | $0 | $0 | |
| Line 11 | — | | | |
| Line 11a | **Disbursements for Distribution Expenses Paid by the Fund** | | | |
| | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………….. | | | |
| | Independent Distribution Consultant (IDC)……. | | | |
| | Distribution Agent…………………………………. | | _____ | |
| | Consultants………………………………………… | _____ | | |
| Line 11b | Legal Advisers…………………………………….. | | | |
| | Tax Advisers……………………………………….. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| | Distribution Plan Implementation Expenses | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………………. | | | |
| | Independent Distribution Consultant (IDC)……. | | | |
| | Distribution Agent…………………………………. | | _____ | |
| | Consultants………………………………………… | | _____ | _____ |
| | Legal Advisers…………………………………….. | _____ | | |
| | Tax Advisers……………………………………….. | _____ | | |
| Line 12 | 2. Administrative Expenses | | | |
| Line 12a | 3. Investor Identification: | | | |
| | Notice Publishing Approved Plan……………… | | | |
| Line 12b | Claimant Identification (IDC)……………………. | | | |
| | Claims Processing………………………………… | | | |
| | Web Site Maintenance/Call | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Center................<br>    4.    Fund Administrator Bond<br>    5.    Miscellaneous<br>    6.    Federal Account for Investor Restitution (FAIR) Reporting Expenses<br>    *Total Plan Implementation Expenses*<br>**Total Disbursements for Distribution Expenses Paid by the Fund**<br><br>**Disbursements to Court/Other:**<br>    Investment Expenses/Court Registry Investment System (CRIS) Fees<br>    Federal Tax Payments<br>**Total Disbursements to Court/Other:**<br>**Total Funds Disbursed (Lines 9 – 11):** |  |  |  |
| **Line 13** | **Ending Balance (As of 06/30/2013):** |  |  | $6,450,130.14 |
| **Line 14**<br>Line 14a<br>Line 14b<br>Line 14c | **Ending Balance of Fund – Net Assets:**<br>*Cash & Cash Equivalents*<br>*Investments*<br>*Other Assets or Uncleared Funds*<br>**Total Ending Balance of Fund – Net Assets** |  |  | $6,450,130.14<br><br><br><br>$6,450,130.14 |

| | OTHER SUPPLEMENTAL INFORMATION: | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:*<br>1.   Fees:<br>       Fund Administrator……………………………<br>       IDC…………………………………………….<br>       Distribution Agent…………………………….<br>       Consultants……………………………………<br>       Legal Advisors……………………………….<br>       Tax Advisors…………………………………..<br>2.   Administrative Expenses<br>3.   Miscellaneous<br><u>Total Plan Development Expenses Not Paid by the Fund</u> | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:*<br>1.   Fees:<br>       Fund Administrator……………………………<br>       IDC…………………………………………….<br>       Distribution Agent…………………………….<br>       Consultants……………………………………<br>       Legal Advisors……………………………….<br>       Tax Advisors…………………………………..<br>2.   Administrative Expenses<br>3.   Investor Identification:<br>       Notice/Publishing Approved Plan……………<br>       Claimant Identification…………………………<br>       Claims Processing…………………………….<br>       Web Site Maintenance/Call Center………….<br>4.   Fund Administrator Bond<br>5.   Miscellaneous<br>6.   FAIR Reporting Expenses<br><u>Total Plan Implementation Expenses Not Paid by the Fund</u> | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund*<br>**Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Gees | | | |
| Line 16b | Federal Tax Payments<br><u>**Total Disbursements to Court/Other Not Paid by the Fund:**</u> | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | No. of Claims for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore: | | | |
| Line 18a | # of Claims Received This Reporting Period………………………..0…………………. | | | |
| Line 18b | # of Claims Received Since Inception of Fund…………………….1……...………... | | | |
| Line 19 | No. of Claimants/Investors for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore: | | | |
| Line 19a | # of Claims Received This Reporting Period……………………….1…………….……… | | | |
| Line 19b | # of Claims Received Since Inception of Fund………………………58…..\…………….. | | | |

Receiver:

By: _____(signature)_____

By: <u>Steven Weinberg</u>
(printed name)

By: <u>Receiver Estates of HGA LTD and HGA LLC</u>
(title)

Date: <u>July 30, 2013</u>