

September 30, 2013

**Via ECF and U.S. Mail**

Honorable Arthur D. Spatt
United States District Judge
P.O. Box 9014
Central Islip, New York 11722-9014

    Re:    Securities and Exchange Commission v. Brian Raymond Callahan, et al.
              Case No. 12-cv-1065 (ADS/ETB); Our File No.: 27068.0035

Dear Judge Spatt:

    This firm is counsel to RBS Citizens, NA, an interested party in the above-referenced litigation. Annexed hereto please find a "Courtesy Copy" of our client's:

REPLY MEMORANDUM OF LAW IN SUPPORT OF PARTY IN INTEREST RBS CITIZENS, NA'S MOTION TO INTERVENE AND FOR RELIEF FROM THE PRELIMINARY INJUNCTION ISSUED MARCH 27, 2012

    We hereby request oral argument on this motion.

                                               Respectfully,

                                               Michael T. Conway

cc: all counsel (via ECF)

E-mail: michael.conway@leclairryan.com
Direct Phone: 212.430.8032
Direct Fax: 212.430.8062

885 Third Avenue, Sixteenth Floor
New York, New York 10022
Phone: 212.697.6555 \ Fax: 212.986.3509

CALIFORNIA \ CONNECTICUT \ MASSACHUSETTS \ MICHIGAN \ NEW JERSEY \ NEW YORK \ PENNSYLVANIA \ VIRGINIA \ WASHINGTON, D.C.

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM