# EXHIBIT A

(Standardized Fund Accounting Report)

STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 7/1/2013 to 9/30/2013

| FUND ACCOOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 7/1/2013) | | | $6,450,130.14 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | $2,144.90 | Liq HF SCF LLC | |
| Line 4 | Interest/Dividend Income | $7,561.35 | $6,459,836.39 | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8): | | | $6,459,836.39 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $0 | | |
| Line 10 | Disbursements for Receivership Operations | $0 | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses* | | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| |    1. Attorney Fees | | | |
| |    2. Litigation Expenses | | | |
| |    <u>Total Third-Party Litigation Expenses</u> | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | **Total Disbursements for Receivership Operations** | $0 | $0 | |
| Line 11 | — | | | |
| Line 11a | **Disbursements for Distribution Expenses Paid by the Fund** | | | |
| | Distribution Plan Development Expenses: | | | |
| |    1. Fees: | | | |
| |       Fund Administrator......................... | | | |
| |       Independent Distribution Consultant (IDC)....... | | | |
| |       Distribution Agent....................... | _____ | _____ | |
| Line 11b | Consultants........................................... | | | |
| |       Legal Advisers........................................ | | | |
| |       Tax Advisers......................................... | | | |
| |    2. Administrative Expenses | | | |
| |    3. Miscellaneous | | | |
| |    <u>Total Plan Development Expenses</u> | | | |
| | Distribution Plan Implementation Expenses | | | |
| |    1. Fees: | | | |
| |       Fund Administrator......................... | | | |
| |       Independent Distribution Consultant (IDC)....... | | | |
| |       Distribution Agent....................... | | _____ | |
| | Consultants........................................... | | | _____ |
| |       Legal Advisers........................................ | _____ | | |
| |       Tax Advisers......................................... | _____ | | |
| Line 12 |    2. Administrative Expenses | | | |
| Line 12a |    3. Investor Identification: | | | |
| |       Notice Publishing Approved Plan.................. | | | |
| Line 12b |       Claimant Identification (IDC)........................ | | | |
| |       Claims Processing................................... | | | |
| |       Web Site Maintenance/Call | | | |

| | | | |
|---|---|---|---|
| | 4.  Fund Administrator Bond | | |
| | 5.  Miscellaneous | | |
| | 6.  Federal Account for Investor Restitution (FAIR) Reporting Expenses | | |
| | *Total Plan Implementation Expenses* | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | |
| | **Disbursements to Court/Other:** | | |
| | Investment Expenses/Court Registry Investment System (CRIS) Fees | | |
| | Federal Tax Payments | | |
| | **Total Disbursements to Court/Other:** | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | | |
| Line 13 | **Ending Balance (As of 09/30/2013):** | | $6,459,836.39 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | $6,459,836.39 |
| Line 14a | *Cash & Cash Equivalents* | | |
| Line 14b | *Investments* | | |
| Line 14c | *Other Assets or Uncleared Funds* | | $6,459,836.39 |
| | **Total Ending Balance of Fund – Net Assets** | | |

| | OTHER SUPPLEMENTAL INFORMATION: | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator……………………….. | | | |
| |     IDC…………………………………………….. | | | |
| |     Distribution Agent………………………….. | | | |
| |     Consultants………………………………….. | | | |
| |     Legal Advisors……………………………… | | | |
| |     Tax Advisors………………………………… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | <u>Total Plan Development Expenses Not Paid by the Fund</u> | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator……………………….. | | | |
| |     IDC…………………………………………….. | | | |
| |     Distribution Agent………………………….. | | | |
| |     Consultants………………………………….. | | | |
| |     Legal Advisors……………………………… | | | |
| |     Tax Advisors………………………………… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan…………… | | | |
| |     Claimant Identification…………………….. | | | |
| |     Claims Processing………………………….. | | | |
| |     Web Site Maintenance/Call Center………… | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | <u>Total Plan Implementation Expenses Not Paid by the Fund</u> | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | **<u>Total Disbursements for Plan Administration Expenses Not Paid by the Fund</u>** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Gees | | | |
| Line 16b | Federal Tax Payments | | | |
| | **<u>Total Disbursements to Court/Other Not Paid by the Fund:</u>** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore:** | | | |
| Line 18a | # of Claims Received This Reporting Period…………………………0………………….. | | | |
| Line 18b | # of Claims Received Since Inception of Fund…………………….1…………..……….. | | | |
| Line 19 | **No. of Claimants/Investors for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore:** | | | |
| Line 19a | # of Claims Received This Reporting Period…………………………0……….……….. | | | |
| Line 19b | # of Claims Received Since Inception of Fund…………………….58………………….. | | | |

Receiver:
By: _____(signature)_____
By: Steven Weinberg
(printed name)
By: Receiver Estates of HGA LTD and HGA LLC
(title)
Date: October 30, 2013