## GOTTESMAN, WOLGEL, MALAMY, FLYNN & WEINBERG, P.C.
A Professional Corporation Incorporated in the State of New York

| | | |
|---|---|---|
| SAMUEL GOTTESMAN (1905-1974)<br>HAROLD H. WOLGEL (1920-2010)<br>KENNETH W. MALAMY<br>LAWRENCE L. FLYNN<br>STEVEN WEINBERG<br>STEWART W. LEE ◊ | ATTORNEYS AT LAW<br>11 HANOVER SQUARE<br>NEW YORK, N.Y. 10005-2870<br><br>TELEPHONE (212) 495-0100<br>FACSIMILE (212) 480-9797 | WRITERS E-MAIL:<br>slee@gottesmanlaw.com |
| RICHARD B. DEMAS<br>SUSANNA REQUETS ◊<br>KELSEY BILODEAU ∆ | | IN REPLY REFER TO |
| ◊ Also Admitted in New Jersey<br>∆ Admitted in New Jersey Only | | 14750 |

November 1, 2013

**VIA ELECTRONIC CASE FILING**
**and FIRST-CLASS MAIL**

The Honorable Arthur D. Spatt
United States District Court
for the Eastern District of New York
100 Federal Plaza – Courtroom 1029
P.O. Box 9014
Central Islip, New York 11722

    Re: Securities and Exchange Commission
       v. Brian Raymond Callahan, et al.
       U.S. District Court, E.D.N.Y., Civil Case No. 12-CV-1065

Dear Judge Spatt:

  We are the attorneys for Steven Weinberg, Esq. in his capacity as the court appointed receiver (the "Receiver") of Horizon Global Advisors, Ltd. ("HGA Ltd."), Horizon Global Advisors, LLC ("HGA LLC"), Diversified Global Investments (BVI), L.P. ("Diversified Global") f/k/a Horizon Global Investments, L.P. ("Horizon Global"), The Master Global Fund, L.P. ("Master Global"), Fiduciary Select Income Fund, L.P. ("Fiduciary Select") f/k/a Pangea Bridge Investment, L.P. ("Pangea Bridge"), Horizon Millennium Investments, L.P. ("Horizon Millennium"), and Pangea Offshore High Yield Portfolio, LLC ("Pangea Offshore") pursuant to Your Honor's Orders dated March 27, 2012 and June 4, 2012 in the above referenced action (the "Receivership Action").

  Enclosed please find Your Honor's Courtesy Copy of the Receiver's Report for the 2013 Third Quarter (the "Receiver's Report) which covers the period of July 1, 2013 through September 30, 2013 (the "Quarterly Period"). The Receiver's Report was served and electronically filed on October 30, 2013 (ECF Doc. 170).

  We remain available to answer any inquiry this Court may have.

The Honorable Arthur D. Spatt
United States District Court
for the Eastern District of New York
November 1, 2013
Page 2

    Thank you.

                                               Respectfully yours,

                                               Stewart W. Lee

Enc.:   Courtesy Copy

TO:    DEAN M. CONWAY, ESQ. (without enclosures)
        U.S. Securities and Exchange Commission
        *Attorneys for Plaintiff Securities and Exchange Commission*
        100 F. Street, N.E.,
        Washington, D.C. 20549
        Tel: (202) 551-4412
        Fax: (202) 772-9362
        E-Mail: conwayd@sec.gov

        ROBERT KNUTS, ESQ. (without enclosures)
        Park & Jensen, LLP
        *Attorneys for Defendant Brian Raymond Callahan*
        630 Third Avenue
        New York, New York 10017
        Tel: (646) 200-6330
        Fax: (646) 200-6331
        E-Mail: rknuts@parkjensen.com

        ROBERT L. HERSKOVITS, ESQ. (without enclosures)
        Herskovits PLLC
        *Attorneys for Defendant Brian Raymond Callahan*
        1065 Avenue of the Americas
        27th Floor
        New York, New York 10018
        Tel: (212) 897-5410
        Fax: (646) 558-0239
        E-Mail: robert@herskovitslaw.com

        ANDREW J. FRISCH, ESQ. (without enclosures)
        Law Offices of Andrew J. Frisch
        *Attorneys for Defendant Adam Manson,*
        *Distinctive Investments, LLC, and*
        *Distinctive Ventures, LLC*

The Honorable Arthur D. Spatt
United States District Court
for the Eastern District of New York
November 1, 2013
Page 3

    40 Fulton Street, 23rd Floor
    New York, New York 10038
    Tel: (212) 285-8000
    Fax: (646) 304-0352
    E-Mail: afrisch@andrewfrisch.com

    JUDITH L. MOGUL, ESQ. (without enclosures)
    ROBERT J. ANELLO, ESQ. (without enclosures)
    GATES S. HURLAND, ESQ. (without enclosures)
    Morvillo, Abramowitz, Grand, Iason & Anello, P.C.
    *Additional Attorneys for Defendant Adam Manson,*
    *Distinctive Investments, LLC, and*
    *Distinctive Ventures, LLC*
    565 Fifth Avenue
    New York, New York 10017
    Tel.: (212) 856-9600
    Fax: (212) 856-9494
    E-Mails: jmogul@maglaw.com
            ranello@maglaw.com
            ghurand@maglaw.com

    MICHAEL TREMONTE, ESQ. (without enclosures)
    Sher Tremonte LLP
    *Attorneys for Defendant Sheri Callahan*
    41 Madison Avenue, 41st Floor
    New York, New York 10010
    Tel: (212) 202-2600
    Fax: (212) 202-4156
    E-Mail: mtremonte@shertremonte.com

    DAVID CAREY WOLL, ESQ. (without enclosures)
    Assistant United States Attorney
    U.S. Attorney's Office
    Criminal Division
    271 Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6241
    Fax: (718) 254-6481
    E-Mail: david.woll@usdoj.gov