# EXHIBIT A

(Standardized Fund Accounting Report)

Case 2:12-cv-01065-JMA-AYS   Document 182-1   Filed 01/30/14   Page 1 of 4 PageID #: 7052

**STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis**
Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 10/1/2013 to 12/31/2013

| FUND ACCOOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 7/1/2013) | | | $6,459,836.39 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | $1,365.86 | Liq HF Goldentree | |
| Line 4 | Interest/Dividend Income | $7,353.53 | $6,468,555.78 | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8): | | | $6,468,555.78 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $0 | | |
| Line 10 | Disbursements for Receivership Operations | $189,638.11 | | |
| Line 10a | Disbursements to Receiver or Other Professionals | | | |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses<br>  1. Attorney Fees<br>  2. Litigation Expenses<br>  <u>Total Third-Party Litigation Expenses</u> | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | | | |
| | **Total Disbursements for Receivership Operations** | $189,638.11 | $189,638.11 | |
| Line 11 | — | | | |
| Line 11a | **Disbursements for Distribution Expenses Paid by the Fund**<br>Distribution Plan Development Expenses:<br>  1. Fees:<br>    Fund Administrator……………………............<br>    Independent Distribution Consultant (IDC)…….<br>    Distribution Agent…………………………….. | | | |
| Line 11b | Consultants…………………………………..<br>    Legal Advisers……………………………….<br>    Tax Advisers………………………………….<br>  2. Administrative Expenses<br>  3. Miscellaneous<br>  <u>Total Plan Development Expenses</u><br><br>Distribution Plan Implementation Expenses<br>  1. Fees:<br>    Fund Administrator……………………............<br>    Independent Distribution Consultant (IDC)…….<br>    Distribution Agent……………………………..<br><br>Consultants………………………………….<br>    Legal Advisers……………………………….<br>    Tax Advisers…………………………………. | | | |
| Line 12 | 2. Administrative Expenses | | | |
| Line 12a | 3. Investor Identification:<br>    Notice Publishing Approved Plan……………… | | | |
| Line 12b | Claimant Identification (IDC)………………….<br>Claims Processing………………………………<br>Web Site Maintenance/Call | | | |

|  | Center................ |  |  |  |
|---|---|---|---|---|
|  | 4. Fund Administrator Bond |  |  |  |
|  | 5. Miscellaneous |  |  |  |
|  | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses |  |  |  |
|  | *Total Plan Implementation Expenses* |  |  |  |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** |  |  |  |
|  | **Disbursements to Court/Other:** |  |  |  |
|  | Investment Expenses/Court Registry Investment System (CRIS) Fees |  |  |  |
|  | Federal Tax Payments |  |  |  |
|  | **Total Disbursements to Court/Other:** |  |  |  |
|  | **Total Funds Disbursed (Lines 9 – 11):** |  |  |  |
| Line 13 | **Ending Balance (As of 09/30/2013):** |  |  | $6,278,917.67 |
| Line 14 | **Ending Balance of Fund – Net Assets:** |  |  | $6,278,917.67 |
| Line 14a | *Cash & Cash Equivalents* |  |  |  |
| Line 14b | *Investments* |  |  |  |
| Line 14c | *Other Assets or Uncleared Funds* |  |  | $6,278,917.67 |
|  | **Total Ending Balance of Fund – Net Assets** |  |  |  |

| | OTHER SUPPLEMENTAL INFORMATION: | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* <br> 1. Fees: <br>     Fund Administrator............................... <br>     IDC........................................................ <br>     Distribution Agent................................. <br>     Consultants............................................ <br>     Legal Advisors....................................... <br>     Tax Advisors.......................................... <br> 2. Administrative Expenses <br> 3. Miscellaneous <br> <u>Total Plan Development Expenses Not Paid by the Fund</u> | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* <br> 1. Fees: <br>     Fund Administrator............................... <br>     IDC........................................................ <br>     Distribution Agent................................. <br>     Consultants............................................ <br>     Legal Advisors....................................... <br>     Tax Advisors.......................................... <br> 2. Administrative Expenses <br> 3. Investor Identification: <br>     Notice/Publishing Approved Plan............... <br>     Claimant Identification............................. <br>     Claims Processing.................................. <br>     Web Site Maintenance/Call Center............ <br> 4. Fund Administrator Bond <br> 5. Miscellaneous <br> 6. FAIR Reporting Expenses <br> <u>Total Plan Implementation Expenses Not Paid by the Fund</u> | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund <br> **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Gees | | | |
| Line 16b | Federal Tax Payments <br> **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | No. of Claims for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore: | | | |
| Line 18a | # of Claims Received This Reporting Period............................0...................... | | | |
| Line 18b | # of Claims Received Since Inception of Fund........................1........…............ | | | |
| Line 19 | No. of Claimants/Investors for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore: | | | |
| Line 19a | # of Claims Received This Reporting Period............................0...................... | | | |
| Line 19b | # of Claims Received Since Inception of Fund................……....58..................... | | | |

Receiver:
By: _____
(signature)
By: <u>Steven Weinberg</u>
(printed name)
By: <u>Receiver Estates of HGA LTD and HGA LLC</u>
(title)
Date: <u>January 30, 2014</u>