# EXHIBIT A

(Standardized Fund Accounting Report)

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1.  Fees: | | | |
| |       Fund Administrator.................................. | | | |
| |       IDC............................................................ | | | |
| |       Distribution Agent................................... | | | |
| |       Consultants.............................................. | | | |
| |       Legal Advisors......................................... | | | |
| |       Tax Advisors............................................ | | | |
| | 2.  Administrative Expenses | | | |
| | 3.  Miscellaneous | | | |
| |     *Total Plan Development Expenses Not Paid by the Fund* | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1.  Fees: | | | |
| |       Fund Administrator.................................. | | | |
| |       IDC............................................................ | | | |
| |       Distribution Agent................................... | | | |
| |       Consultants.............................................. | | | |
| |       Legal Advisors......................................... | | | |
| |       Tax Advisors............................................ | | | |
| | 2.  Administrative Expenses | | | |
| | 3.  Investor Identification: | | | |
| |     Notice/Publishing Approved Plan............... | | | |
| |     Claimant Identification............................. | | | |
| |     Claims Processing.................................... | | | |
| |     Web Site Maintenance/Call Center............ | | | |
| | 4.  Fund Administrator Bond | | | |
| | 5.  Miscellaneous | | | |
| | 6.  FAIR Reporting Expenses | | | |
| |     *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| *Line 16a* | Investment Expenses/CRIS Gees | | | |
| *Line 16b* | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| **Line 17** | **DC & State Tax Payments** | | | |
| **Line 18** | **No. of Claims for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore:**[i] | | | |
| *Line 18a* | # of Claims Received This Reporting Period..........................0.......................... | | | |
| *Line 18b* | # of Claims Received Since Inception of Fund..........................0.......................... | | | |
| **Line 19** | **No. of Claimants/Investors for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore:** | | | |
| *Line 19a* | # of Claims Received This Reporting Period..........................27.......................... | | | |
| *Line 19b* | # of Claims Received Since Inception of Fund..........................27.......................... | | | |

Receiver:

By: _____
    (signature)
By: Steven Weinberg
    (printed name)
By: Receiver Estates of HGA LTD and HGA LLC
    (title)
Date: April 30, 2014

---

[i] The Claims Bar Determination process began this quarter pursuant to the Order Establishing a Claims Bar Deadline, Approving the Form and Manner for a Claims Bar Deadline Notice, and Approve the Procedure and Process for Determining Claim (ECF Doc. 186), as of March 31, 2014, the Receiver had received twenty-seven (27) potential claims totaling $40,709,345.08 submitted pursuant to the Claims Order. Between March 31, 2014, and April 21, 2014 5:00 p.m. EST the Receiver has received additional potential claims submitted pursuant to the Claims Order. All potential claims submitted pursuant to the Claims Order will be reflected in the next quarterly report.

**STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis**
Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 1/1/2014 to 3/31/2014

| FUND ACCOOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 7/1/2013) | | | $6,278,917.67 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | $2,597.91 | Liq HF SCF | |
| Line 4 | Interest/Dividend Income | $7,133.88 | $9,731.79 | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | $3,167.30 Dickel Fee Reimbursement | $12,899.09 | |
| | | $46,690.21 Montauk Fire Department Reimbursement | $59,589.30 | |
| | Total Funds Available (Lines 1 – 8): | | | $6,338,506.97 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $0 | | |
| Line 10 | Disbursements for Receivership Operations | $108,096.70 | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses* | | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1.   Attorney Fees | | | |
| | 2.   Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership | $108,096.70 | $108,096.70 | |
| | Operations | | | |
| Line 11 | — | | | |
| Line 11a | **Disbursements for Distribution Expenses Paid by the Fund** | | | |
| | Distribution Plan Development Expenses: | | | |
| | 1.   Fees: | | | |
| | Fund Administrator............................... | | | |
| | Independent Distribution Consultant (IDC)....... | | | |
| | Distribution Agent............................. | | | |
| | Consultants...................................... | | | |
| | Legal Advisers................................... | | | |
| | Tax Advisers..................................... | | | |
| Line 11b | 2.   Administrative Expenses | $80.00 | Subpoena Fee | |
| | 3.   Miscellaneous | | | |
| | *Total Plan Development Expenses* | | | |
| | Distribution Plan Implementation Expenses | | | |
| | 1.   Fees: | | | |
| | Fund Administrator............................... | | | |
| | Independent Distribution Consultant (IDC)....... | | | |
| | Distribution Agent............................. | | | |
| | Consultants...................................... | | | |
| | Legal Advisers................................... | | | |
| | Tax Advisers..................................... | | | |
| | 2.   Administrative Expenses | | | |

| | | | |
|---|---|---|---|
| **Line 12**<br>*Line 12a*<br><br>*Line 12b* | 3.   Investor Identification:<br>Notice Publishing Approved Plan.................<br>Claimant Identification (IDC).........................<br>Claims Processing......................................<br>Web Site Maintenance/Call Center................<br>4.   **Fund Administrator Bond**<br>5.   **Miscellaneous**<br>6.   **Federal Account for Investor Restitution (FAIR) Reporting Expenses**<br>*Total Plan Implementation Expenses*<br>**Total Disbursements for Distribution Expenses Paid by the Fund** | <br><br><br><br><br><br><br>$48,006.00<br><br><br><br><br><br><br>$48,006.00 | <br><br><br><br><br><br><br>BVI and NYT Publication Fees |
| | **Disbursements to Court/Other:**<br>Investment Expenses/Court Registry Investment System (CRIS) Fees<br>Federal Tax Payments<br>**Total Disbursements to Court/Other:**<br>**Total Funds Disbursed (Lines 9 – 11):** | <br><br><br><br>$108,176.70 | |
| **Line 13** | **Ending Balance (As of 09/30/2013):** | | $6,182,324.27 |
| **Line 14**<br>*Line 14a*<br>*Line 14b*<br>*Line 14c* | **Ending Balance of Fund – Net Assets:**<br>*Cash & Cash Equivalents*<br>*Investments* _____<br>*Other Assets or Uncleared Funds*<br>**Total Ending Balance of Fund – Net Assets** | <br><br>_____<br> | $6,182,324.27<br><br>_____<br>$6,182,324.27<br>$6,182,324.27 |