Case 2:12-cv-01065-JMA-AYS   Document 241-4   Filed 08/13/14   Page 1 of 4 PageID #: 7989

# EXHIBIT B

(Standardized Fund Accounting Report)

Case 2:12-cv-01065-JMA-AYS   Document 241-4   Filed 08/13/14   Page 1 of 4 PageID #: 7989

**STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis**
Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 10/1/2013 to 12/31/2013

| FUND ACCOOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 7/1/2013) | | | $6,459,836.39 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | $1,365.86 | Liq HF Goldentree | |
| Line 4 | Interest/Dividend Income | $7,353.53 | $6,468,555.78 | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8): | | | $6,468,555.78 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $0 | | |
| Line 10 | Disbursements for Receivership Operations | $189,638.11 | | |
| Line 10a | Disbursements to Receiver or Other Professionals | | | |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses<br>  1.  Attorney Fees<br>  2.  Litigation Expenses<br>Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | | | |
| | **Total Disbursements for Receivership Operations** | $189,638.11 | $189,638.11 | |
| Line 11 | — | | | |
| Line 11a | Disbursements for Distribution Expenses Paid by the Fund<br>Distribution Plan Development Expenses:<br>  1.  Fees:<br>    Fund Administrator……………………………………<br>    Independent Distribution Consultant (IDC)…….<br>    Distribution Agent………………………………… | | | |
| Line 11b | Consultants…………………………………………..<br>    Legal Advisers………………………………………<br>    Tax Advisers……………………………………….<br>  2.  Administrative Expenses<br>  3.  Miscellaneous<br>Total Plan Development Expenses | | | |
| | Distribution Plan Implementation Expenses<br>  1.  Fees:<br>    Fund Administrator……………………………………<br>    Independent Distribution Consultant (IDC)…….<br>    Distribution Agent………………………………… | | | |
| | Consultants………………………………………….<br>    Legal Advisers………………………………………<br>    Tax Advisers………………………………………. | | | |
| Line 12 | 2.  Administrative Expenses | | | |
| Line 12a | 3.  Investor Identification:<br>    Notice Publishing Approved Plan……………… | | | |
| Line 12b | Claimant Identification (IDC)……………………<br>    Claims Processing………………………………..<br>    Web Site Maintenance/Call | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Center................<br>4. Fund Administrator Bond<br>5. Miscellaneous<br>6. Federal Account for Investor Restitution (FAIR) Reporting Expenses<br>*Total Plan Implementation Expenses*<br>**Total Disbursements for Distribution Expenses Paid by the Fund** |  |  |  |
|  | **Disbursements to Court/Other:**<br>   Investment Expenses/Court Registry Investment System (CRIS) Fees<br>   Federal Tax Payments<br>**Total Disbursements to Court/Other:**<br>**Total Funds Disbursed (Lines 9 – 11):** |  |  |  |
| **Line 13** | **Ending Balance (As of 09/30/2013):** |  |  | $6,278,917.67 |
| **Line 14**<br>*Line 14a*<br>*Line 14b*<br>*Line 14c* | **Ending Balance of Fund – Net Assets:**<br>   *Cash & Cash Equivalents*<br>   *Investments*<br>   *Other Assets or Uncleared Funds*<br>**Total Ending Balance of Fund – Net Assets** |  |  | $6,278,917.67<br><br><br>$6,278,917.67 |

| | OTHER SUPPLEMENTAL INFORMATION: | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: <br>1. Fees: <br>     Fund Administrator................................. <br>     IDC................................................... <br>     Distribution Agent................................. <br>     Consultants........................................ <br>     Legal Advisors.................................... <br>     Tax Advisors...................................... <br>2. Administrative Expenses <br>3. Miscellaneous <br>*Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: <br>1. Fees: <br>     Fund Administrator................................. <br>     IDC................................................... <br>     Distribution Agent................................. <br>     Consultants........................................ <br>     Legal Advisors.................................... <br>     Tax Advisors...................................... <br>2. Administrative Expenses <br>3. Investor Identification: <br>     Notice/Publishing Approved Plan............... <br>     Claimant Identification........................... <br>     Claims Processing................................ <br>     Web Site Maintenance/Call Center............ <br>4. Fund Administrator Bond <br>5. Miscellaneous <br>6. FAIR Reporting Expenses <br>*Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Gees | | | |
| Line 16b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | No. of Claims for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore: | | | |
| Line 18a | # of Claims Received This Reporting Period............................0...................... | | | |
| Line 18b | # of Claims Received Since Inception of Fund........................1...................... | | | |
| Line 19 | No. of Claimants/Investors for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore: | | | |
| Line 19a | # of Claims Received This Reporting Period............................0...................... | | | |
| Line 19b | # of Claims Received Since Inception of Fund.....................58...................... | | | |

Receiver:
By: _____
(signature)
By: Steven Weinberg
(printed name)
By: Receiver Estates of HGA LTD and HGA LLC
(title)
Date: January 30, 2014