# EXHIBIT A

Standardized Fund Accounting Report

**STANDARDIZED FUND ACCOUNTING REPORT for {Horizon Global Advisors LTD and Horizon Global Advisors LLC} - Cash Basis Receivership; Civil Court Docket No. 12-CV-1065**
**Reporting Period 10/1/2014 to 12/31/2014**

| FUND ACCOOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/1/2014) | | | $6,217,699.44 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | $72.89 | HF SCF | |
| | | $34,970.27 | Montauk Fire Dept. | |
| | | $186,078.75 | Hucek | |
| | | $426,976.75 | Cromwell | |
| Line 4 | Interest/Dividend Income | $7,575.60 | Oct., Nov., Dec. 204 | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8): | | $655,674.26 | $6,873,373.70 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $0 | | |
| Line 10 | Disbursements for Receivership Operations | $0 | | |
| Line 10a | Disbursements to Receiver or Other Professionals | | | |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses<br>  1. Attorney Fees<br>  2. Litigation Expenses<br>  <u>Total Third-Party Litigation Expenses</u> | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | | | |
| | **Total Disbursements for Receivership Operations** | $0 | | |
| Line 11 | — | | | |
| Line 11a | **Disbursements for Distribution Expenses Paid by the Fund**<br>Distribution Plan Development Expenses:<br>  1. Fees:<br>    Fund Administrator………………………............<br>    Independent Distribution Consultant (IDC)…….<br>    Distribution Agent………………………………… | | | |
| Line 11b | Consultants………………………………………..<br>    Legal Advisers……………………………………<br>    Tax Advisers……………………………………...<br>  2. Administrative Expenses<br>  3. Miscellaneous<br>  <u>Total Plan Development Expenses</u><br><br>Distribution Plan Implementation Expenses<br>  1. Fees:<br>    Fund Administrator………………………............<br>    Independent Distribution Consultant (IDC)…….<br>    Distribution Agent………………………………… | | _____ | _____ |
| | Consultants………………………………..<br>    Legal Advisers……………………………………<br>    Tax Advisers……………………………………...<br>  2. Administrative Expenses | | _____ | _____ |

| | | | | |
|---|---|---|---|---|
| Line 12 | 3. Investor Identification: | | | |
| Line 12a |     Notice Publishing Approved Plan................... | | | |
| Line 12b |     Claimant Identification (IDC)..................……........ | | | |
| |     Claims Processing..................................... | | | |
| |     Web Site Maintenance/Call Center................ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| | **Disbursements to Court/Other:** | | | |
| |     Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| |     Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | $747.75[i] | | |
| Line 13 | **Ending Balance (As of 12/31/2014):** | $747.75 | | $6,872,625.95 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | $6,872,625.95 |
| Line 14a |   *Cash & Cash Equivalents* | | | |
| Line 14b |   *Investments* | | | |
| Line 14c |   *Other Assets or Uncleared Funds* | | | $6,872,625.95 |
| | **Total Ending Balance of Fund – Net Assets** | | | |

---

[i] The withholding paid to the IRS was a bank error and was refunded to the Receiver's Account in the First Quarter of 2015.

| OTHER SUPPLEMENTAL INFORMATION: | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator............................... | | | |
| |    IDC.......................................................... | | | |
| |    Distribution Agent.................................. | | | |
| |    Consultants........................................... | | | |
| |    Legal Advisors....................................... | | | |
| |    Tax Advisors.......................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | <u>*Total Plan Development Expenses Not Paid by the Fund*</u> | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator............................... | | | |
| |    IDC.......................................................... | | | |
| |    Distribution Agent.................................. | | | |
| |    Consultants........................................... | | | |
| |    Legal Advisors....................................... | | | |
| |    Tax Advisors.......................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan............... | | | |
| |    Claimant Identification............................ | | | |
| |    Claims Processing.................................. | | | |
| |    Web Site Maintenance/Call Center............ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | <u>*Total Plan Implementation Expenses Not Paid by the Fund*</u> | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a |    Investment Expenses/CRIS Gees | | | |
| Line 16b |    Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | No. of Claims for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore:[i] | | | |
| Line 18a | # of Claims Received This Reporting Period............................0....................... | | | |
| Line 18b | # of Claims Received Since Inception of Fund.........................0......................... | | | |
| Line 19 | No. of Claimants/Investors for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore: | | | |
| Line 19a | # of Claims Received This Reporting Period............................40....................... | | | |
| Line 19b | # of Claims Received Since Inception of Fund..........................67........................... | | | |

Receiver:
By: *[signature]*
Name: STEVEN WEINBERG
Title: Receiver of Horizon Global Advisors, Ltd., et al.
Date: January 29, 2015