**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

Civil Case No. 12-CV-1065 (ADS)(AYS)

Plaintiff,

v.

BRIAN RAYMOND CALLAHAN,
ADAM MANSON, DISTINCTIVE
INVESTMENTS LLC, and DISTINCTIVE
VENTURES LLC,

Assigned to:
  Hon. Arthur D. Spatt (D.J)
  Hon. Anne Y. Shields (M.J.)

Defendants.

SHERI MANSON CALLAHAN,

Relief Defendant.

-----------------------------------------------------------x

**ORDER APPROVING THE FEES AND EXPENSES**
**OF THE RECEIVER'S COUNSEL**
**FOR 2015 FIRST QUARTER**

After reviewing the Motion for Approval of the Fees and Expenses of the Receiver's

Counsel for 2015 First Quarter [ECF Docs. 315 & 316], which is represented to conform with

the Billing Instructions for Receivers in Civil Actions commenced by the U.S. Security and

Exchange Commission, and in light of the nature and scope of the work reflected in the

Receiver's Report for the 2015 First Quarter covering the period from January 1, 2015 to March

31, 2015 [ECF Doc. 292], the Court approves the Motion subject to the 20% hold-back pursuant

to this Court's Preliminary Injunction Freezing Assets and Granting Other Relief Order dated

March 27, 2012 [ECF Doc. 22].

Accordingly, the Receivership Estate is authorized to pay the Receiver's Counsel,

Gottesman, Wolgel, Flynn, Weinberg & Lee, P.C. an allowance of $30,442.00 for legal services

rendered during the 2015 First Quarter covering the period of October 1, 2014 to December 31,

2014, and a reimbursement of expenses and disbursements of $903.54 for a total sum of

$31,345.54 (which are the fees and expenses less the 20% hold-back of $7,836.38).


Dated: Central Islip, New York

_____, 2015


                                   SO ORDERED:


                                   _____
                                   THE HONORABLE ARTHURD D. SPATT
                                   UNITED STATES DISTRICT JUDGE

800-222-0510 www.lawsuitprint.com

*Index No.*      Civil Case No. 12 *Year 20* CV 1065 (ADS/AKT)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                                        Plaintiff,

- against -

BRIAN RAYMOND CALLAHAN,  ET AL.,

                                        Defendants.

COPY

**ORDER APPROVING THE FEES AND EXPENSES
OF THE RECEIVER'S COUNSEL FOR THE 2015 FIRST QUARTER**

GOTTESMAN, WOLGEL, FLYNN, WEINBERG & LEE, P.C.
A Professional Corporation Incorporated in the State of New York

*Attorneys for*

***RECEIVER***

11 HANOVER SQUARE
NEW YORK, N.Y. 10005
TEL. NO. (212) 495-0100
FAX NO. (212) 480-9797

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* ...................................   Signature ....................................................................................................................

                                        Print Signer's Name.....................................................................................................

*Service of a copy of the within*                                        *is hereby admitted.*

*Dated:*

                                        ...................................................................................................................................
                                        *Attorney(s) for*

*PLEASE TAKE NOTICE*

Check Applicable Box

☐ **NOTICE OF ENTRY**   *that the within is a (certified) true copy of a*
*entered in the office of the clerk of the within-named Court on*                                        *20*

☐ **NOTICE OF SETTLEMENT**   *that an Order of which the within is a true copy will be presented for settlement to the*
*Hon.*                              *, one of the judges of the within-named Court,*
*at*
*on*                    *20*        *, at*                *M.*

*Dated:*

                              GOTTESMAN, WOLGEL, FLYNN, WEINBERG & LEE, P.C.
                              A Professional Corporation Incorporated in the State of New York

                    *Attorneys for*

*To:*

                              11 HANOVER SQUARE
                              NEW YORK, N.Y. 10005
                              TEL. NO. (212) 495-0100