# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

    v.

BRIAN RAYMOND CALLAHAN,
ADAM MANSON, DISTINCTIVE
INVESTMENTS LLC, and DISTINCTIVE
VENTURES LLC,

                Defendants.

SHERI MANSON CALLAHAN,

                Relief Defendant.

-------------------------------------------------------x

Civil Case No. 12-CV-1065 (ADS)(AYS)

Assigned to:
  Hon. Arthur D. Spatt (D.J.)
  Hon. Anne Y. Shields (M.J.)

## ORDER APPROVING THE RECEIVER'S FEES AND EXPENSES
## FOR THE 2016 THIRD QUARTER

After reviewing the Motion for Approval of the Receiver's Fees and Expenses for the

2016 Third Quarter, which is represented to conform with the Billing Instructions for Receivers

in Civil Actions commenced by the U.S. Security and Exchange Commission, and in light of the

nature and scope of the work reflected in the Receiver's Report for the 2016 Third Quarter

Covering the Period of July 1, 2016 through September 30, 2016 [ECF Doc.422], the Court

approves the Motion subject to the 20% hold-back pursuant to this Court's Preliminary

Injunction Freezing Assets and Granting Other Relief Order dated March 27, 2012 [ECF Doc.

22].

Accordingly, the Receivership Estate is authorized to pay the Receiver an allowance of

$5,680.00 for services rendered during the 2016 Third Quarter covering the period of July 1,

2016 to September 30, 2016, and a reimbursement of expenses and disbursements of $0 for a total sum of $5,680.00 (which are the fees and expenses less the 20% hold-back of $1,420.00).

Dated: Central Islip, New York
_____, 2017

SO ORDERED:

_____
THE HONORABLE ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE

*Index No.*     Civil Case No. 12 CV 1065 (ADS/AYS)

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,

              - against -

BRIAN RAYMOND CALLAHAN, ET AL

                              Defendants.

COPY

### ORDER APPROVING THE RECEIVER'S FEES AND EXPENSES
### FOR THE 2016 THIRD QUARTER

GOTTESMAN, WOLGEL, FLYNN, WEINBERG & LEE, P.C.
A Professional Corporation Incorporated in the State of New York

*Attorneys for*
*Receiver for Horizon Global Advisors Ltd.*
*and Horizon Global Advisors LLC, et al*
**11 HANOVER SQUARE**
NEW YORK, N.Y. 10005
TEL. NO. (212) 495-0100
FAX NO. (212) 480-9797

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* ...........................     Signature ..................................................

                                         Print Signer's Name.........................................

*Service of a copy of the within*                                    *is hereby admitted.*

*Dated:*

                                         *Attorney(s) for*

### PLEASE TAKE NOTICE

☐   *that the within is a (certified) true copy of a*
NOTICE OF ENTRY   *entered in the office of the clerk of the within-named Court on*                    20

☐   *that an Order of which the within is a true copy will be presented for settlement to the*
NOTICE OF SETTLEMENT   *Hon.*                         *, one of the judges of the within-named Court,*
*at*
*on*                    20          *, at*              *M.*

*Dated:*

                                         GOTTESMAN, WOLGEL, FLYNN, WEINBERG & LEE, P.C.
                                         A Professional Corporation Incorporated in the State of New York
                                         *Attorneys for*

*To:*                                    11 HANOVER SQUARE