# EXHIBIT F

| Claiming Name/Entity | Potential Claimant Total Asserted Potential Claim | Determination - Total Investment in a Receivership Entity | Determination - Total Withdrawals, Redemptions or Distributions | Determination - Total Approved Claim | Determination - Total Denied Claim | Determination - Reason for Denied Claim | Determination - Amount | Determination - Percentage | Filed Objection with the Court | Court Determination of Objection | Withdrawn or Released Claim | Ancillary Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summit Trust Company Custodian for Janice Witt | $45,000.00 | $45,000.00 | $0 | $45,000.00 | $0 | N/A | N/A | N/A | No | N/A | | |
| Joyan Partnership Ltd. | $200,000.00 | $200,000.00 | $0 | $200,000.00 | $0 | N/A | N/A | N/A | No | N/A | | None |
| Gail Joyan Generation Skipping Trust | $150,000.00 | $150,000.00 | $0 | $150,000.00 | $0 | N/A | N/A | N/A | No | N/A | | None |
| Gail Joyan Generation Skipping Exempt Trust | $150,000.00 | $150,000.00 | $0 | $150,000.00 | $0 | N/A | N/A | N/A | No | N/A | | None |
| Alexa Chloe, LLC | $897,055.73 | $897,055.73 | $0 | $897,055.73 | $0 | N/A | N/A | N/A | No | N/A | | None |
| D. Wendt & Life, LLC | $1,876,736.26 | $2,500,000.00 | $625,903.64 | $1,863,596.36 | $13,139.90 | Fees | 25.040% | No | N/A | | None |
| RAMBAM Trust | $2,155,903.45 | $2,150,233.00 | $0 | $2,150,233.00 | $5,670.45 | Not Invested in a Receivership Entity | N/A | N/A | No | N/A | | None |
| Helvetia Trust | $896,356.00 | $832,509.63 | $5,000.00 | $827,509.63 | $63,846.37 | Not Invested in a Receivership Entity | 0.600% | No | N/A | | FINRA |
| Charles Glen, LLC | $509,185.68 | $503,730.62 | $0 | $503,730.62 | $5,455.06 | Profit/Interest | N/A | No | N/A | | |
| Ramcorp, Inc. Pension Plan | $200,000.00 | $199,994.00 | $0 | $199,994.00 | $6.00 | Not Invested in a Receivership Entity | N/A | N/A | No | N/A | | |
| Pienza Trust | $2,300,000.00 | $2,300,000.00 | $0 | $2,300,000.00 | $0 | N/A | N/A | N/A | No | N/A | | FINRA 12-02144 |
| Enpower, LLC | $1,400,000.00 | $1,400,000.00 | $0 | $1,368,406.00 | $31,594.00 | Fees | N/A | N/A | No | N/A | | |
| Blue Enterprises Group, LLC | $1,400,000.00 | $1,400,000.00 | $0 | $1,400,000.00 | $0 | N/A | N/A | N/A | No | N/A | | |
| Gold Coast Capital, L.P. | $3,106,000.00 | $3,055,754.83 | $0 | $3,050,381.22 | $55,618.78 | Entity & Fees | N/A | N/A | No | N/A | | |
| Indomitable IRA, LLC | $587,000.00 | $587,000.00 | $0 | $587,000.00 | $0 | N/A | N/A | N/A | No | N/A | | |
| Veda Trust | $500,000.00 | $520,000.00 | $20,000 | $500,000.00 | $0 | N/A | N/A | 3.846% | No | N/A | | |
| Yastesel Trust | $4,160,778.83 | $4,134,519.28 | $0 | $4,134,519.28 | $26,259.55 | Entity | N/A | N/A | No | N/A | | |
| Gregory R. Hill & Kathleen J. Hill Jan. 2009 Joint Irr. Life Ins.; Indicom Electric Co., LLC, Papa's Legacy LLC; A. Mills, Greg Hill IRA | $6,999,525.00 | $6,337,445.31 | $0 | $6,308,352.97 | $691,172.03 | Entity & Fees | N/A | N/A | No | N/A | | None |
| Bountiful Trust | $100,000.00 | $100,000.00 | $0 | $100,000.00 | $0 | N/A | N/A | N/A | No | N/A | | None |
| Brook Trust | $100,000.00 | $100,000.00 | $0 | $100,000.00 | $0 | N/A | N/A | N/A | No | N/A | | None |
| Metal Pipeline Trust | $739,667.92 | $733,000.00 | $0 | $636,085.64 | $103,582.28 | Fees | N/A | N/A | No | N/A | | ?? |
| Sebastian Trust | $10,000.00 | | | $0 | $10,000.00 | Profit/Interest | N/A | No | N/A | | None |
| Gallagher Family, LLC | $160,811.53 | | | $0 | $160,811.53 | Not Invested in a Receivership Entity | N/A | N/A | No | N/A | | |
| M. Murphy | $2,997,198.56 | $2,850,000.00 | $675,000.00 | $2,025,000.00 | $972,198.56 | Entity & Fees | 23.680% | No | N/A | | |
| VEZO Investments, LTD | $4,770,126.15 | $4,774,081.15 | $3,955 | $4,770,126.15 | $0 | N/A | N/A | 0.082% | No | N/A | | None |
| Brooks Lane Trust | $4,298,000.00 | $4,298,000.00 | $0 | $4,298,000.00 | $0 | N/A | N/A | N/A | No | N/A | | None |

| Claiming Name/Entity | Potential Claimant Total Asserted Potential Claim | Determination - Total Investment in a Receivership Entity | Determination - Total Withdrawals, Redemptions or Distributions | Determination - Total Approved Claim | Determination - Total Denied Claim Amount | Determination - Reason for Denied Claim | Determination - Percentage | Filed Objection with the Court | Court Determination of Objection | Withdrawn or Released Claim | Ancillary Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Degnas Lake Trust | $203,282.93 | $200,000.00 | $0 | $200,000.00 | $3,282.93 | Profit/Interest | N/A | No | N/A | | |
| William W. Taw & Susanna Toh-Sing Taw JT TEN | $1,100,991.72 | $1,199,960.00 | $112,824.68 | $1,087,135.32 | $13,856.40 | Profit/Interest | 9.400% | No | N/A | | |
| W Taw & S Taw TTEE Valley Radiologists & Assoc. FBO Susanna Toh-Sing Taw | $239,977.49 | $234,700.00 | $0 | $234,700.00 | $5,277.49 | Profit/Interest | N/A | No | N/A | | |
| William W Taw Cust for Elliot Bengyi Taw UTXUTMA until Age 21 | $55,424.85 | $54,995.00 | $0 | $54,995.00 | $429.85 | Profit/Interest | N/A | No | N/A | | |
| W Taw & S Taw TTEE Valley Radiologist Defined Benefit Plan FBO Susanna Toh-Sing Taw | $316,585.75 | $314,159.47 | $0 | $314,159.47 | $2,426.28 | Profit/Interest | N/A | No | N/A | | |
| Susanna Taw IRA | $34,211.20 | $32,984.25 | $0 | $32,984.25 | $1,226.95 | Profit/Interest | N/A | No | N/A | | |
| Valley Radiologists Associates Defined Benefit Plan FBO William W Taw | $565,731.03 | $570,431.74 | $11,030 | $559,401.74 | $6,329.29 | Profit/Interest | 1.930% | No | N/A | | |
| William W. Taw Cust for Ethan B Taw UTXUTMA until Age 21 | $55,424.85 | $54,995.00 | $0 | $54,995.00 | $429.85 | Profit/Interest | N/A | No | N/A | | |
| William W. Taw Cust for Elizabeth B Taw UTXUTMA until Age 21 | $60,461.93 | $59,995.00 | $0 | $59,995.00 | $466.93 | Profit/Interest | N/A | No | N/A | | |
| William W. Taw Cust for Eliava B Taw UTXUTMA until age 21 | $54,995.00 | $54,995.00 | $0 | $54,995.00 | $0 | N/A | N/A | No | N/A | | |
| Wtaw and Taw TTEE, WTMD Employee Welfare Benefit | $209,363.08 | $204,960.00 | $0 | $204,960.00 | $4,403.08 | Profit/Interest | N/A | No | N/A | | |
| Valley Radiologists Associates Profit Sharing & Trust FBO William W. Taw | $582,221.10 | $680,080.12 | $114,720.00 | $563,360.12 | $18,860.98 | Profit/Interest | 16.870% | No | N/A | | |
| Susida Enterprises, Ltd. | $100,824.74 | $99,980.00 | $0 | $99,980.00 | $844.74 | Profit/Interest | N/A | No | N/A | | |
| G. Weber, C. Weber, The Nacht Family Trust, J-Bear Investments, LLC | $3,887,493.00 | $900,000.00 | $253,620.57 | $184,274.09 | $3,703,218.91 | Projected value of investment, Not Invested in a Receivership Entity, Withdrawn funds & Fees | 28.180% | No | N/A | None | |
| John E Murray 1994 Revocable Trust | $54,824.15 | $54,240.00 | $0 | $54,240.00 | $584.15 | Profit/Interest | N/A | No | N/A | None | |
| Rebecca J. Rice, Scott W. Hample, Michael T. Hample TIC | $100,000.00 plus interest | $100,000.00 | $0 | $100,000.00 | Interest | Profit/Interest | N/A | No | N/A | | |
| Guilford Trust | $1,100,000.00 | $1,100,000.00 | $0 | $1,100,000.00 | $0 | N/A | N/A | No | N/A | | |
| A. Dickel | $773,045.28 | N/A | N/A | $773,045.28 | $0 | N/A | N/A | No | N/A | | |
| Slade I Trust | $2,500,000.00 | $2,500,000.00 | $0 | $2,500,000.00 | $0 | N/A | N/A | No | N/A | None | |
| Slade II Trust | $2,500,000.00 | $2,500,000.00 | $0 | $2,500,000.00 | $0 | N/A | N/A | No | N/A | None | |
| Slade III Trust | $2,500,000.00 | $2,500,000.00 | $0 | $2,500,000.00 | $0 | N/A | N/A | No | N/A | None | |
| Mary Thomajan Revocable Trust | $200,000.00 | $200,000.00 | $0 | $200,000.00 | $0 | N/A | N/A | No | N/A | None | |
| New Life Global Trust | $200,000.00 | $200,000.00 | $0 | $200,000.00 | $0 | N/A | N/A | No | N/A | None | |
| AAA Group International Trust | $968,488.30 | $870,000.00 | $100,709.61 | $769,290.39 | $199,197.91 | Not Invested in a Receivership Entity | 11.580% | No | N/A | | |

| Claiming Name/Entity | Potential Claimant Total Asserted Potential Claim | Determination - Total Investment in a Receivership Entity | Determination - Total Withdrawals, Redemptions or Distributions | Determination - Total Approved Claim | Determination - Total Denied Claim Amount | Determination - Reason for Denied Claim | Determination - Percentage | Filed Objection with the Court | Court Determination of Objection | Withdrawn or Released Claim | Ancillary Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W. Schlegel | $1,200,000.00 | $2,997,992.50 | $1,800,000.00 | $1,197,992.00 | $2,008.00 | Not Invested in a Receivership Entity | 60.040% | No | N/A | | |
| Real Estate Interventions Associates, LLC | $600,000.00 | $600,000.00 | $0 | $600,000.00 | $0 | N/A | N/A | No | N/A | | |
| Boca Grande Trust | POC $4,753,887.00, January 26, 2014 Letter $4,707,149.23 [Objection $4,250,790.36] | $3,111,236.37 | $1,322,031.23 | $1,759,571.24 | $2,947,577.99 | Withdrawn funds & Fees | 42.490% | Yes | Affirmed Notice of Determination and Denied Claimants' Objection in its entirety. | | |
| W. Johnson | $2,860,000.00 | $2,860,000.00 | $0 | $2,860,000.00 | $0 | N/A | N/A | No | N/A | | |
| Millennium USA, L.P. | $100,000.00 | | | $0 | $100,000.00 | Not Invested in a Receivership Entity & Insufficient Substantiating Documents | N/A | No | N/A | | |
| RBS Citizens, N.A. | $1,970,000.00 | | | $0 | $1,970,000.00 | Insufficient Substantiating Documents | N/A | No | N/A | Claimant released claim on 11/13/14 (ECF Doc. 259). | |
| RT Capital Trust | $626,726.64 | $602,822.64 | $0 | $602,822.64 | $23,904.00 | Fees | N/A | No | N/A | | FINRA Arb. No. 12-02144 & Cook Co. Case No. 12 L 7823 |
| China Recycling Trust | $172,000.00 | | | $0 | $172,000.00 | Insufficient Substantiating Documents | N/A | No | N/A | | FINRA Arb. No. 12-02144 & Cook Co. Case No. 12 L 7823 |
| Glorious Rose Trust | $220,000.00 | $219,980.00 | $0 | $219,980.00 | $20.00 | Not Invested in a Receivership Entity | N/A | No | N/A | | |

| Claiming Name/Entity | Potential Claimant Total Asserted Potential Claim | Determination - Total Investment in a Receivership Entity | Determination - Total Withdrawals, Redemptions or Distributions | Determination - Total Approved Claim | Determination - Total Denied Claim | Determination - Reason for Denied Claim Amount | Determination - Percentage | Objection Filed with the Court | Court Determination on Objection | Withdrawn or Released Claim | Ancillary Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Geordina Teknon Trust | $1,448,681.18 | $145,993.07 | $0 | $145,943.07 | $1,302,738.11 | Claim calculated with 12% interest compounded annually, not invested in a Receivership Entity & Fee | | No | N/A | | |
| J. Paine and P. King | $1,088,124.06 | | | $0 | $1,088,124.06 | Not Invested in a Receivership Entity | | No | N/A | | |
| Gibraltar Private Bank & Trust Company | $2,247,055.97 | | | $0 | $2,247,055.97 | No Evidence of any Liability of Receivership Estate, No Claim Basis & Insufficient Substantiating Documents | | No | N/A | | |
| L. Pernia | $2,876,101.19 | $1,219,417.69 | $0 | $1,219,417.69 | $1,656,683.50 | Not Invested in a Receivership Entity | | Yes | Affirmed Notice of Determination and Denied Claimants' Objection in its entirety. | Claimant released claim on 12/23/15. | FINRA Arb. No. 12-02144 |
| Annaly CRE Holdings, LLC f/k/a CreXus S Holdings, LLC | $18,148,848.42 plus interest, costs, and expenses | | | $0 | $18,148,848.42 | No Evidence of any Liability of Receivership Estate, No Claim Basis & Insufficient Substantiating Documents | | No | N/A | | |
| Susiris International, LLC | $2,242,450.97 | | | $0 | $2,242,450.97 | Not Invested in a Receivership Entity | | No | N/A | | |

| Claiming Name/Entity | Potential Claimant Total Asserted Potential Claim | Determination - Total Investment in a Receivership Entity | Determination - Total Withdrawals, Redemptions or Distributions | Determination - Total Approved Claim | Determination - Total Denied Claim | Determination - Reason for Denied Claim Amount | Determination - Percentage | Filed Objection with the Court | Court Determination of Objection | Withdrawn or Released Claim | Ancillary Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Distinctive Ventures, LLC and Distinctive Management, LLC | $390,496.93 | | | $0 | $390,496.93 | No Evidence of any Liability of Receivership Estate, No Claim Basis & Insufficient Substantiating Documents | | Yes | The Receivership Court denied the Claimants Objection and adhered to the Receiver's Notice of Determination denying Claimant's Claim in its entirety. | | |
| | $61,573,227.90 | | | $38,392,098 | | | | | | | |