UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

BRIAN RAYMOND CALLAHAN,
ADAM MANSON, DISTINCTIVE
INVESTMENTS LLC, and DISTINCTIVE
VENTURES LLC,

        Defendants.

SHERI MANSON CALLAHAN,

        Relief Defendant.

-----------------------------------------------------------x

Civil Case No. 12-CV-1065 (ADS)(AYS)

Assigned to:
  Hon. Arthur D. Spatt (D.J)
  Hon. Anne Y. Shields (M.J.)

### ORDER APPROVING THE FEES AND EXPENSES
### OF THE RECEIVER'S COUNSEL
### FOR 2019 THIRD QUARTER

After reviewing the Motion for Approval of the Fees and Expenses of the Receiver's Counsel for 2019 Third Quarter, which is represented to conform with the Billing Instructions for Receivers in Civil Actions commenced by the U.S. Security and Exchange Commission, and in light of the nature and scope of the work reflected in the Receiver's Report for the 2019 Third Quarter covering the period from July 1, 2019 to September 30, 2019 [ECF Doc. 521], the Court approves the Motion subject to the 20% hold-back pursuant to this Court's Preliminary Injunction Freezing Assets and Granting Other Relief Order dated March 27, 2012 [ECF Doc. 22].

Accordingly, the Receivership Estate is authorized to pay the Receiver's Counsel, Gottesman, Wolgel, Flynn, Weinberg & Lee, P.C. an allowance of $1,106.00 for legal services

rendered during the 2019 Third Quarter covering the period of July 1, 2019 to September 30, 2019, and a reimbursement of expenses and disbursements of $308.76 for a total sum of $1,414.76 (which are the fees and expenses less the 20% hold-back of $353.69).

Dated: Central Islip, New York
_____, 2020

SO ORDERED:

_____
THE HONORABLE ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE

*Index No.*                                       *Year 20*

Civil Case No. 12 CV 1065 (ADS/AYS)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

BRIAN RAYMOND CALLAHAN, ADAM MANSON, DISTINCTIVE INVESTMENTS, LLC, ET AL

Defendants.

---

COPY

**ORDER APPROVING FEES AND EXPENSES OF THE RECEIVER'S COUNSEL FOR THE 2019 THIRD QUARTER**

---

GOTTESMAN, WOLGEL, FLYNN, WEINBERG & LEE, P.C.
A Professional Corporation Incorporated in the State of New York

*Attorneys for*      RECEIVER

11 HANOVER SQUARE
NEW YORK, N.Y. 10005
TEL. NO. (212) 495-0100
FAX NO. (212) 480-9797

---

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* ...............................................      Signature ...............................................

Print Signer's Name...............................................

---

*Service of a copy of the within*                                           *is hereby admitted.*

*Dated:*

*Attorney(s) for*

---

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on          20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the Hon.          , one of the judges of the within-named Court,
at
on                  20    , at         M.

*Dated:*

GOTTESMAN, WOLGEL, FLYNN, WEINBERG & LEE, P.C.
A Professional Corporation Incorporated in the State of New York

*Attorneys for*

To:

11 HANOVER SQUARE
NEW YORK, N.Y. 10005
TEL. NO. (212) 495-0100
FAX NO. (212) 480-9797