# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------x

SECURITIES AND EXCHANGE                    Civil Case No. 12-CV-1065 (ADS)(AYS)
COMMISSION,

          Plaintiff,

v.

BRIAN RAYMOND CALLAHAN,
ADAM MANSON, DISTINCTIVE              Assigned to:
INVESTMENTS LLC, and DISTINCTIVE        Hon. Arthur D. Spatt (D.J)
VENTURES LLC,                            Hon. Anne Y. Shields (M.J.)

          Defendants.

SHERI MANSON CALLAHAN,

          Relief Defendant.

--------------------------------------------------------x

## ORDER APPROVING THE FEES AND EXPENSES
## OF THE RECEIVER'S COUNSEL
## FOR 2020 FIRST QUARTER

After reviewing the Motion for Approval of the Fees and Expenses of the Receiver's

Counsel for 2020 First Quarter, which is represented to conform with the Billing Instructions for

Receivers in Civil Actions commenced by the U.S. Security and Exchange Commission, and in

light of the nature and scope of the work reflected in the Receiver's Report for the 2020 First

Quarter covering the period from January 1, 2020 to March 31, 2020 [ECF Doc. 536], the Court

approves the Motion subject to the 20% hold-back pursuant to this Court's Preliminary

Injunction Freezing Assets and Granting Other Relief Order dated March 27, 2012 [ECF Doc.

22].

After reviewing the Motion, the Receivership Estate is authorized to pay the Receiver's Counsel,

Gottesman, Wolgel, Flynn, Weinberg & Lee, P.C. an allowance of $2,324.00 for legal services

rendered during the 2020 First Quarter covering the period of January 1, 2020 to March 31, 2020, and a reimbursement of expenses and disbursements of $240.00 for a total sum of $2,564.00 (which are the fees and expenses less the 20% hold-back of $641.00).

Dated: Central Islip, New York

_____, 2020

SO ORDERED:

_____

THE HONORABLE ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE