UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

BRIAN RAYMOND CALLAHAN,
ADAM MANSON, DISTINCTIVE
INVESTMENTS LLC, and DISTINCTIVE
VENTURES LLC,

      Defendants.

SHERI MANSON CALLAHAN,

      Relief Defendant.

Civil Case No. 12-CV-1065

Assigned to:
 Hon. Joan M. Azrack (D.J.)
 Hon. Anne Y. Shields (M.J.)

------------------------------------------------------------x

## ORDER APPROVING THE RECEIVER'S FEES AND EXPENSES
## FOR THE 2020 SECOND QUARTER

After reviewing the Motion for Approval of the Receiver's Fees and Expenses for the 2020 Second Quarter, which is represented to conform with the Billing Instructions for Receivers in Civil Actions commenced by the U.S. Security and Exchange Commission, and in light of the nature and scope of the work reflected in the Receiver's Report for the 2020 Second Quarter Covering the Period of April 1, 2020 through June 30, 2020 [ECF Doc. 543], the Court approves the Motion subject to the 20% hold-back pursuant to this Court's Preliminary Injunction Freezing Assets and Granting Other Relief Order dated March 27, 2012 [ECF Doc. 22].

Accordingly, the Receivership Estate is authorized to pay the Receiver an allowance of $960.00 for services rendered during the 2020 Second Quarter covering the period of April 1, 2020 to June 30, 2020, and a reimbursement of expenses and disbursements of $0 for a total sum of $960.00 (which are the fees and expenses less the 20% hold-back of $240.00).

Dated: Central Islip, New York
　　　　_____, 2020

                          SO ORDERED:

                          _____
                          THE HONORABLE JOAN M. AZRACK
                          UNITED STATES DISTRICT JUDGE