# EXHIBIT B

(Standardized Fund Accounting Report)

STANDARDIZED FUND ACCOUNTING REPORT for (Horizon Global Advisors LTD, et al) - Cash Basis
Receivership; Civil Court Docket No. 12-CV-1065
Reporting Period 1/1/22 to 3/31/22

## FUND ACCOOUNTING (See Instructions):

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 1/1/22) | | | $394,343.19 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | $100.46 | January 2022 | |
| | | $90.77 | February 2022 | |
| | | $100.53 | March 2022 | |
| Line 5 | Business Asset Liquidation | $40.85 | HedgeForum Goldentree | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | | $90.00 | Sebastian Trust Payments | |
| | Total Funds Available (Lines 1 – 8): | $422.61 | | $394,765.80 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses* | | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1.   Attorney Fees | | | |
| | 2.   Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| Line 11 | Total Disbursements for Receivership | | | |
| Line 11a | Operations | | | |
| | — | | | |
| | Disbursements for Distribution Expenses Paid by the Fund | | | |
| | Distribution Plan Development Expenses: | | | |
| | 1.   Fees: | | | |
| | Fund Administrator................................... | | | |
| | Independent Distribution Consultant (IDC)....... | | | |
| | Distribution | | | |
| Line 11b | Agent.................................... | | | |
| | Consultants................................................. | | | |
| | Legal Advisers.................................... | | | |
| | Tax Advisers.................................... | | | |
| | 2.   Administrative Expenses | | | |
| | 3.   Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| | Distribution Plan Implementation Expenses | | | |
| | 1.   Fees: | | | |
| | Fund Administrator....................................... | | | |
| | Independent Distribution Consultant (IDC)....... | | | |
| | Distribution | | | |
| | Agent.................................... | | | |

| | | | | |
|---|---|---|---|---|
| | Consultants............................................................... | | | |
| **Line 12** | Legal Advisers............................................................ | | | |
| *Line 12a* | Tax Advisers............................................................. | | | |
| *Line 12b* | 2.   Administrative Expenses | | | |
| | 3.   Investor Identification: | | | |
| | Notice Publishing Approved Plan.................. | | | |
| | Claimant Identification (IDC)....................... | | | |
| | Claims Processing........................................ | | | |
| | Web Site Maintenance/Call Center.................. | | | |
| | 4.   Fund Administrator Bond | | | |
| | 5.   Miscellaneous | | | |
| | 6.   Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| | **Disbursements to Court/Other:** | | | |
| | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | | | |
| **Line 13** | **Ending Balance (As of 3/31/2022):** | | | $394.765.80 |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | $394.765.80 |
| *Line 14a* | *Cash & Cash Equivalents* | | | |
| *Line 14b* | *Investments* _____ | _____ | _____ | |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $394.765.80 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | Report of Items NOT To Be Paid by the Fund: | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1.    Fees: | | | |
| |     Fund Administrator.............................. | | | |
| |     IDC.................................................. | | | |
| |     Distribution Agent............................... | | | |
| |     Consultants........................................ | | | |
| |     Legal Advisors.................................... | | | |
| |     Tax Advisors...................................... | | | |
| | 2.    Administrative Expenses | | | |
| | 3.    Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1.    Fees: | | | |
| |     Fund Administrator.............................. | | | |
| |     IDC.................................................. | | | |
| |     Distribution Agent............................... | | | |
| |     Consultants........................................ | | | |
| |     Legal Advisors.................................... | | | |
| |     Tax Advisors...................................... | | | |
| | 2.    Administrative Expenses | | | |
| | 3.    Investor Identification: | | | |
| |     Notice/Publishing Approved Plan............ | | | |
| |     Claimant Identification......................... | | | |
| |     Claims Processing............................... | | | |
| |     Web Site Maintenance/Call Center......... | | | |
| | 4.    Fund Administrator Bond | | | |
| | 5.    Miscellaneous | | | |
| | 6.    FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Gees | | | |
| Line 16b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| **Line 17** | **DC & State Tax Payments** | | | |
| **Line 18** Line 18a Line 18b | No. of Claims for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore:[i] <br>   # of Claims Received This Reporting Period..........................0.................... <br>   # of Claims Received Since Inception of Fund......................0.................... | | | |
| **Line 19** Line 19a Line 19b | No. of Claimants/Investors for Horizon Global Advisors LTD and Horizon Global Advisors LLC, Masters Global, Diversified Global, Horizon Millennium, Fiduciary Select, and Pangea Offshore: <br>   # of Claims Received This Reporting Period..........................0.................... <br>   # of Claims Received Since Inception of Fund......................67.................... | | | |

Receiver:

By:

Name:    STEVEN WEINBERG

Title:    Receiver of Horizon Global Advisors, Ltd., et al.

Date:    April 29, 2022